IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JEFFERY CORDTZ,<br><br>    Plaintiff,<br><br>v.<br><br>JOHNSON LEGAL OFFICES, LLC;<br>FCI LENDER SERVICES, INC.;<br>LARRY W. JOHNSON;<br><br>    Defendants. | CIVIL ACTION FILE NO.<br>1:21-cv-02003-MHC-LTW |

## REPORT AND RECOMMENDATION

On June 16, 2021, Plaintiff amended his complaint as a matter of course. [Doc. 10]; see also Fed. R. Civ. P. 15(a)(1)(B). Thus, the undersigned **RECOMMENDS** the initial Motion to Dismiss ([Doc. 7]) seeking dismissal of the original complaint be **DENIED as moot**. See Malowney v. Fed. Collection Deposit Grp., 193 F.3d 1342, 1345 n.1 (11th Cir. 1999) ("An amended complaint supersedes an original complaint.").

**SO REPORTED AND RECOMMENDED**, this __18__ day of June, 2021.

_____
LINDA T. WALKER
UNITED STATES MAGISTRATE JUDGE