IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JEFFERY CORDTZ,<br><br>　　Plaintiff,<br><br>v.<br><br>JOHNSON LEGAL OFFICES,<br>L.L.C., et al.,<br><br>　　Defendants. | CIVIL ACTION FILE<br><br>NO. 1:21-CV-2003-MHC-LTW |

## ORDER

This case is before the Court on the Report and Recommendation ("R&R") of the Magistrate Judge [Doc. 13], recommending that Defendants Johnson Legal Offices, L.L.C. and Larry W. Johnson's initial Motion to Dismiss [Doc. 7] be denied as moot. The Order for Service of the R&R [Doc. 14] provided notice that, in accordance with 28 U.S.C. § 636(b)(1), the parties were authorized to file objections within fourteen (14) days of the receipt of that Order. No party has filed objections to the R&R or otherwise responded.

Absent objection, the district court judge "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge[.]" 28 U.S.C. § 636(b)(1). Based upon the absence of objections to the R&R, in

accordance with 28 U.S.C. § 636(b)(1), the Court has reviewed the R&R for plain error. See <u>United States v. Slay</u>, 714 F.2d 1093, 1095 (11th Cir. 1983). The Court finds no plain error and that the R&R is supported by law.

The Court **APPROVES AND ADOPTS** the Report and Recommendation [Doc. 13] as the opinion and order of the Court. It is hereby **ORDERED** that Defendants Johnson Legal Offices, L.L.C. and Larry W. Johnson's initial Motion to Dismiss [Doc. 7] is **DENIED AS MOOT**.

**IT IS SO ORDERED** this 12th day of July, 2021.

_/s/ Mark H. Cohen_
MARK H. COHEN
United States District Judge