UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| JEFFREY D. CORDTZ, | ) |
| Plaintiff, | ) ) ) CIVIL ACTION FILE |
| vs. | ) ) 1:21-CV-02003-MHC-LTW |
| JOHNSON LEGAL OFFICES, L.L.C., FCI LENDER SERVICES, INC. and LARRY W. JOHNSON, | ) ) ) ) |
| Defendants. | ) ) |

**DISCOVERY CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of (i) DEFENDANT JLO'S AND DEFENDANT LWJ'S FIRST INTERROGATORIES TO PLAINTIFF; (ii) DEFENDANT JLO'S AND DEFENDANT LWJ'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS TO DEFENDANTS; and (iii) DEFENDANT JLO'S AND DEFENDANT LWJ'SRESPONSES TO PLAINTIFF'S FIRST SET OF REQUESTS FOR ADMISSIONS TO DEFENDANT JLO AND DENDANT LWJ was served upon all parties by mailing same by United States First Class Mail in a properly addressed envelope with adequate postage affixed thereon to ensure delivery, addressed as follows:

Shimshon Wexler, Esq.
S WEXLER, L.L.C.
2244 Henderson Mill Road
Suite 108
Decatur, GA 30345
Attorney for Plaintiff

Mark A. Baker, Esq.
McMichael, Taylor & Gray, LLC
22 Century Blvd
Suite 450
Nashville, TN 37214
Attorney for Defendant FCI

This 27TH day of July, 2021.

                                              JOHNSON LEGAL OFFICES, L.L.C.

By: _____
                                          Larry W. Johnson
                                          Georgia Bar No. 394895
                                          Attorney for Defendant JLO
                                          and Defendant LWJ

138 Hammond Drive, Suite B
Atlanta, GA 30328
Telephone: (404) 486-2361
Facsimile: (404) 393-0826
Email: LJohnson@SuretyBondsAgency.com
CordtzDiscCOS01