UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| JEFFREY D. CORDTZ,<br><br>  Plaintiff,<br><br>vs.<br><br>JOHNSON LEGAL OFFICES, L.L.C., FCI LENDER SERVICES, INC. and LARRY W. JOHNSON,<br><br>  Defendants. | )<br>)<br>)<br>)  CIVIL ACTION FILE<br>)<br>)  1:21-CV-02003-MHC-LTW<br>)<br>)<br>)<br>)<br>)<br>) |

## DISCOVERY CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of *DEFENDANT FCI LENDER SERVICES, INC.'S PLAINTIFF'S FIRST SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS* was served upon all parties, by agreement of the parties, by emailing same, addressed as follows:

Shimshon Wexler, Esq. – swexleresq@gmail.com
S Wexler, LLC
2244 Henderson Mill Rd, Suite 108
Atlanta, GA 30345

Larry W. Johnson, Esq. – ljohnson@suretybondsagency.com
Johnson Legal Offices, L.L.C.
138 Hammond Drive, Suite B
Atlanta, GA 30328

Done this 16th day of August, 2021.

/s/ *Mark A. Baker*
Mark A. Baker, Esq.
3550 Engineering Dr., Ste. 260
Peachtree Corners, GA 30092