UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| JEFFREY D. CORDTZ, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| | ) CIVIL ACTION FILE |
| vs. | ) |
| | ) 1:21-CV-02003-MHC-LTW |
| JOHNSON LEGAL OFFICES, L.L.C., | ) |
| FCI LENDER SERVICES, INC. and | ) |
| LARRY W. JOHNSON, | ) |
| | ) |
| Defendants. | ) |

## **REQUEST FOR HEARING**

COMES NOW Johnson Legal Offices, L.L.C. ("JLO") and Larry W. Johnson ("LWJ"), co-Defendants in the above-styled civil action, and hereby request that a hearing be set on Defendant JLO's and Defendant LWJ's Motion to Dismiss Plaintiff's Amended Complaint filed on or about June 17, 2021, and not yet ruled on. Specifically, Plaintiff's Amended Complaint systematically and in numerous paragraphs uses the term "upon information and belief" or words of similar import that should not be considered by this Court when considering whether to grant the above-reference motion to dismiss. See Ellis v. England, 432 F. 3d 1321 (11th Cir. 2005).

WHEREFORE, Defendant JLO and Defendant LWJ request a hearing on their Motion to Dismiss Plaintiff's Amended Complaint filed on or about June 17, 2021, and not yet ruled on.

This  9TH  day of September, 2021.

JOHNSON LEGAL OFFICES, L.L.C.

By: _____
Larry W. Johnson
Georgia Bar No. 394895
Attorney for Defendant JLO
 and Defendant LWJ

138 Hammond Drive, Suite B
Atlanta, GA 30328
Telephone: (404) 486-2361
Facsimile: (404) 393-0826
Email: LJohnson@SuretyBondsAgency.com
CordtzJLOHearingRequest01

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing REQUEST FOR HEARING was served upon all parties by mailing same by United States First Class Mail in a properly addressed envelope with adequate postage affixed thereon to ensure delivery, addressed as follows:

> Shimshon Wexler, Esq.
> S WEXLER, L.L.C.
> 2244 Henderson Mill Road
> Suite 108
> Decatur, GA 30345
> Attorney for Plaintiff

> Mark A. Baker, Esq.
> McMichael, Taylor & Gray, LLC
> 22 Century Blvd
> Suite 450
> Nashville, TN 37214
> Attorney for Defendant FCI

This 9TH day of September, 2021.

/s/ Larry W. Johnson
Larry W. Johnson
Attorney for Defendant JLO
and Defendant LWJ

JOHNSON LEGAL OFFICES, L.L.C.
138 Hammond Drive, Suite B
Atlanta, GA 30328
Telephone: (404) 486-2361