UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA

| | | |
|---|---|---|
| JEFFREY D. CORDTZ, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION FILE |
| vs. | ) | |
| | ) | 1:21-CV-02003-MHC-LTW |
| JOHNSON LEGAL OFFICES, L.L.C., | ) | |
| FCI LENDER SERVICES, INC. and | ) | |
| LARRY W. JOHNSON, | ) | |
| | ) | |
| Defendants. | ) | |

## **AMENDED NOTICE OF DEPOSITION**

TO:   Jeffrey D. Cordtz

PLEASE TAKE NOTICE that, pursuant to the Federal Rules of Civil Procedure and Rule 30, beginning at 1:00 p.m. on Thursday, October 21, 2021, remotely via Zoom and continuing from hour-to-hour and day to day until adjourned, counsel for Johnson Legal Offices, L.L.C. ("JLO") and Larry W. Johnson ("LWJ"), co-Defendants in the above-styled civil action, shall proceed to take the deposition of Jeffrey D. Cordtz upon oral examination before an officer authorized by law to administer oaths and take depositions.

The deposition will be taken for all purposes under the Federal Rules of Civil

Procedure and all applicable law.

This ___14 TH___ day of September, 2021.

JOHNSON LEGAL OFFICES, L.L.C.

By: _____

     Larry W. Johnson
     Georgia Bar No. 394895
     Attorney for Defendant JLO and
        Defendant LWJ

138 Hammond Drive, Suite B
Atlanta, GA 30328
Telephone: (404) 486-2361
Facsimile: (404) 393-0826
Email: LJohnson@SuretyBondsAgency.com
CordtzJLODepoNotice01Am

2

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing

AMENDED NOTICE OF DEPOSITION was served upon all parties electronically

via the Court's system, plus the following who was also served by mailing same by

United States First Class Mail in a properly addressed envelope with adequate

postage affixed thereon to ensure delivery, addressed as follows:

> Shimshon Wexler, Esq.
> S WEXLER, L.L.C.
> 2244 Henderson Mill Road
> Suite 108
> Decatur, GA 30345
> Attorney for Plaintiff

This ___14ᵀᴴ___ day of September, 2021.

Larry W. Johnson
Attorney for Defendant JLO and
Defendant LWJ

JOHNSON LEGAL OFFICES, L.L.C.
138 Hammond Drive, Suite B
Atlanta, GA 30328
Telephone: (404) 486-2361
Facsimile: (404) 393-0826
Email: LJohnson@SuretyBondsAgency.com