E-FILED IN OFFICE - LW
CLERK OF SUPERIOR COURT
GWINNETT COUNTY, GEORGIA
19-A-10263-7
6/28/2021 3:09 PM
TIANA P. GARNER, CLERK

IN THE SUPERIOR COURT OF GWINNETT COUNTY

STATE OF GEORGIA

| | |
|---|---|
| JEFFREY D. CORDTZ, | ) |
| Plaintiff, | ) |
| vs. | ) CIVIL ACTION FILE |
| | ) 19-A-10263-7 |
| ASPEN PROPERTIES GROUP, L.L.C., As Trustee of the APG Holdings Revocable Trust, and WILMINGTON SAVINGS FUND SOCIETY, F.S.B., not in its individual capacity but solely as Owner Trustee of the Aspen Holdings Trust, a Delaware Statutory Trust, | ) |
| Defendants. | ) |

## DEFENDANT WILMINGTON SAVINGS' MOTION FOR SUMMARY JUDGMENT

COMES NOW WILMINGTON SAVINGS FUND SOCIETY, F.S.B., not in its individual capacity but solely as Owner Trustee of the Aspen Holdings Trust, a Delaware Statutory Trust ("Wilmington Savings"), a co-Defendant and counterclaimant the above-styled civil action, and hereby moves this honorable Court, pursuant to O.C.G.A. § 9-11-56, for a summary judgment in its favor and against the Plaintiff. In support hereof, Defendant Wilmington Savings respectfully refers the Court to its Brief in Support of Defendant Wilmington Savings' Motion for Summary Judgment and the other supporting documents being filed herewith.



EXHIBIT K

WHEREFORE, Defendant Wilmington Savings requests that this honorable Court grant its Motion for Summary Judgment.

Respectfully submitted this 28TH day of June, 2021.

                JOHNSON LEGAL OFFICES, L.L.C.

                By: _____
                Larry W. Johnson
                Georgia Bar No. 394896
                Attorney for Defendants

138 Hammond Drive, Suite B
Atlanta, GA 30328
Telephone: (404)486-2361
Facsimile: (404)393-0826
Email: LJohnson@SuretyBondsAgency.com
CordtzAspenSJMotion01

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing DEFENDANT WILMINGTON SAVINGS' MOTION FOR SUMMARY JUDGMENT was served upon all parties electronically via the Court's system, plus the following who was also served by mailing same by United States First Class Mail in a properly addressed envelope with adequate postage affixed thereon to ensure delivery, addressed as follows:

>Richard S. Alembik, Esq.
>RICHARD S. ALEMBIK, P.C.
>315 West Ponce de Leon Avenue
>Suite 250
>Decatur, GA  30030-5100
>Attorney for Plaintiff

This 18TH day of June, 2021.

_____
Larry W. Johnson
Attorney for Defendants

JOHNSON LEGAL OFFICES, L.L.C.
138 Hammond Drive, Suite B
Atlanta, GA 30328
Telephone: (404)486-2361
Facsimile: (404)393-0826
Email: LJohnson@SuretyBondsAgency.com