E-FILED IN OFFICE - LW
CLERK OF SUPERIOR COURT
GWINNETT COUNTY, GEORGIA
19-A-10263-7
11/2/2021 3:47 PM
TIANA P. GARNER, CLERK

## IN THE SUPERIOR COURT OF GWINNETT COUNTY
## STATE OF GEORGIA

| | | |
|---|---|---|
| JEFFREY D. CORDTZ, | * | |
| Plaintiff, | * | |
| v. | * | Civil Action File Number |
| ASPEN PROPERTIES GROUP, LLC, et al., | * | 19-A-10263-7 |
| Defendants. | * | |

### ORDER

This case comes before the Court on Defendants' motion for summary judgment. A hearing was conducted on September 2, 2021. The Court, having considered Defendants' motion for summary judgment, Plaintiff's response, argument of counsel, and all pleadings and evidence contained in the file, finds that there are genuine issues of material fact. It is, therefore,

ORDERED, that Defendants' motion for summary judgment is DENIED.

This the 2nd day of November, 2021.

TADIA WHITNER, Judge
Superior Court of Gwinnett County

Copies to: all parties / counsel



EXHIBIT
L