IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JEFFERY CORDTZ,<br><br>    Plaintiff,<br><br>v.<br><br>JOHNSON LEGAL OFFICES, LLC;<br>FCI LENDER SERVICES, INC.;<br>LARRY W. JOHNSON;<br><br>    Defendants. | CIVIL ACTION FILE NO.<br>1:21-cv-02003-MHC-LTW |

## ORDER

On November 29, 2021, the parties in this action appeared before the Court on a discovery dispute. Based on the arguments provided by the parties, the undersigned ruled as follows:

1.  Plaintiff's request for Defendants Johnson Legal Offices, LLC ("JLO") and Larry W. Johnson ("LWJ") (the "Johnson Defendants") to provide 3 years of tax returns and/or deposit slips from income earned for services rendered on behalf of Jauregui & Lindsey, LLC and Georgia Home Mortgage is **DENIED**. The Johnson Defendants, however, shall provide Plaintiff with affidavits from Jauregui & Lindsey, LLC and Georgia Home Mortgage detailing the services performed, the amount paid,

and the number of hours billed by the Johnson Defendants. The affidavits shall be provided fourteen days from the docket entry date of this Order.

2. The Johnson Defendants' request for a privilege log is **GRANTED**. Plaintiff shall provide a privilege log sufficiently identifying all documents responsive to Defendant's discovery requests that have been withheld based on any privilege. Plaintiff shall provide the privilege log fourteen days from the entry date of this Order

3. The Johnson Defendants' request for a specific calculation of Plaintiff's attorney's fees is **DENIED** as premature.

4. The Johnson Defendants' request for factual information regarding Plaintiff's pre-suit investigation into whether the Johnson Defendants met the definition of a "debt collector" is **DENIED**.

**SO ORDERED**, this __1__ day of December, 2021.

_____
LINDA T. WALKER
UNITED STATES MAGISTRATE JUDGE