UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA

---

**Jeffrey Cordtz,**

                                Case 1:21-cv-02003-MHC-LTW

**Plaintiff**

        **Versus**

**Johnson Legal Offices, LLC;**
**FCI Lender Services, Inc.;**
**And Larry W. Johnson**

**Defendants**

---

**Notice that No Reply will be filed in support of Motion for Extension of Time [Doc. 61]**

Plaintiff has filed a motion requesting an extension of time to file his motion for summary judgment and an extension of time to respond to Defendants LWJ and JLO's motion for summary judgment. See Doc. 61. LWJ and JLO have opposed the motion. See Doc. 64. Plaintiff will not be submitting a reply. Accordingly, please consider the motion "submitted" for decision.

RESPECTFULLY SUBMITTED this 13th day of December 2021.

By: s/ Shimshon Wexler
Georgia Bar No. 436163
ATTORNEY FOR PLAINTIFF
S Wexler, LLC
2244 Henderson Mill Rd, Suite 108
Atlanta, Georgia 30345
T: (212) 760-2400
F: (678) 609-1482
swexleresq@gmail.com