UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| JEFFREY D. CORDTZ, | ) |
| | ) |
| Plaintiff, | ) |
| | ) CIVIL ACTION FILE |
| vs. | ) |
| | ) 1:21-CV-02003-MHC-LTW |
| JOHNSON LEGAL OFFICES, L.L.C., | ) |
| FCI LENDER SERVICES, INC. and | ) |
| LARRY W. JOHNSON, | ) |
| | ) |
| Defendants. | ) |

## AFFIDAVIT OF JASON TINGLE

STATE OF ALABAMA

COUNTY OF JEFFERSON

Personally appeared before the undersigned duly authorized to administer oaths, JASON TINGLE, who, after being duly sworn, deposes and states on oath as follows:

1.

That I am a partner at Jauregui & Lindsey ("J&L"), that I based this Affidavit on my own personal knowledge and my personal knowledge of the accounts of J&L, that I am competent to testify regarding those things and those accounts about which I have personal knowledge, and that I am over 18 years of age.

2.

That J&L has an Of Counsel Agreement with Larry W. Johnson ("Defendant Johnson").

3.

That J&L has only been involved with Defendant Johnson and his firm, Johnson Legal Offices, L.L.C. ("Defendant JLO") and paid any fees to Defendant Johnson and Defendant JLO regarding non-judicial foreclosures, related evictions where no rent was sought and related bankruptcy matters.

4.

That J&L has never been involved with or paid any fees to Defendant Johnson and Defendant JLO in any matter whatsoever attempting to collect any consumer debt other than as outlined above.

5.

That any fees ever paid by J&L to Defendant Johnson or to Defendant JLO would have only been flat fees for non-judicial foreclosures, flat fees for related evictions where no rent was sought and flat fees for related bankruptcy matters.

6.

That the total amount for all fees and costs paid by J&L to Defendant Johnson or to Defendant JLO between December 1, 2018, and December 1, 2021, equals $39,459.46.

7.

That J&L has never paid any hourly fees to Defendant Johnson or to Defendant JLO.

FURTHER AFFIANT SAITH NOT.

_____
JASON TINGLE

Sworn to and subscribed before me
this 7th day of December, 2021.

_____
Notary Public

(Notarial Seal)

My commission expires on: 5/11/23

CordtzJLOSJAff03

STEPHEN DEDMON
Notary Public
Alabama State at Large

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing AFFIDAVIT OF JASON TINGLE was served on all parties electronically via the Court's system, and the following who was served by mailing same by United States First Class Mail in a properly addressed envelope with adequate postage affixed thereon to ensure delivery, addressed as follows:

Shimshon Wexler, Esq.
S WEXLER, L.L.C.
2244 Henderson Mill Road
Suite 108
Decatur, GA 30345
Attorney for Plaintiff

This 15TH day of December, 2021.

_____
Larry W. Johnson
Attorney for Defendants JLO and LWJ

JOHNSON LEGAL OFFICES, L.L.C.
138 Hammond Drive, Suite B
Atlanta, GA 30328
Telephone: (404) 486-2361
Facsimile: (404) 393-0826
Email: LJohnson@SuretyBondsAgency.com