UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| JEFFREY D. CORDTZ, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) CIVIL ACTION FILE ) ) 1:21-CV-02003-MHC-LTW |
| JOHNSON LEGAL OFFICES, L.L.C., FCI LENDER SERVICES, INC. and LARRY W. JOHNSON, | ) ) ) ) |
| Defendants. | ) ) |

## AFFIDAVIT OF MICHAEL GALLOWAY

STATE OF GEORGIA

COUNTY OF DEKALB

Personally appeared before the undersigned duly authorized to administer oaths, MICHAEL GALLOWAY, who, after being duly sworn, deposes and states on oath as follows:

1.

That I am the Servicing Director at the Georgia Department of Community Affairs ("GDCA"), the servicer for State Home Mortgage ("SHM"), that I based this Affidavit on my own personal knowledge and my personal knowledge of the accounts of GDCA and SHM, that I am competent to testify regarding those things

and those accounts about which I have personal knowledge, and that I am over 18 years of age.

2.

That Larry W. Johnson ("Defendant Johnson") has been appointed by the State of Georgia as a Special Assistant Attorney General ("SAAG") for performing legal services for the Georgia Housing and Finance Authority ("GHFA") via Administrative Order dated February 19, 2016, which governs the relationship with GDCA and SHM.

3.

That GDCA, SHM and GHFA have only been involved with Defendant Johnson and his firm, Johnson Legal Offices, L.L.C. ("Defendant JLO") and have only paid any fees to Defendant Johnson and Defendant JLO regarding non-judicial foreclosures, related evictions where no rent was sought and possibly related bankruptcy matters.

4.

That GDCA, SHM and GHFA have never been involved with or paid any fees to Defendant Johnson and Defendant JLO in any matter whatsoever attempting to collect any consumer debt other than as outlined above.

5.

That any fees ever paid by GDCA, SHM and GHFA to Defendant Johnson or

to Defendant JLO would have only been flat fees for non-judicial foreclosures, flat fees for related evictions where no rent was sought and flat fees for related bankruptcy matters.

6.

That the total amount for all fees and costs paid by GDCA, SHM and GHFA to Defendant Johnson and Defendant JLO between December 1, 2018, and December 1, 2021, equals $105,455.31.

7.

That GDCA, SHM and GHFA have never paid any hourly fees to Defendant Johnson or to Defendant JLO.

FURTHER AFFIANT SAITH NOT.

_____
MICHAEL GALLOWAY

Sworn to and subscribed before me
this 13th day of December, 2021.

_____
Notary Public

(Notarial Seal)

CATRINA SIMONE HASAN
Notary Public - State of Georgia
Fayette County
My Commission Expires Dec 27, 2024

My commission expires on:
12-27-2024

CordtzJLOSJAff04a

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing AFFIDAVIT OF MICHAEL GALLOWAY was served on all parties electronically via the Court's system, and the following who was served by mailing same by United States First Class Mail in a properly addressed envelope with adequate postage affixed thereon to ensure delivery, addressed as follows:

> Shimshon Wexler, Esq.
> S WEXLER, L.L.C.
> 2244 Henderson Mill Road
> Suite 108
> Decatur, GA 30345
> Attorney for Plaintiff

This /5TH day of December, 2021.

Larry W. Johnson
Attorney for Defendants JLO and LWJ

JOHNSON LEGAL OFFICES, L.L.C.
138 Hammond Drive, Suite B
Atlanta, GA 30328
Telephone: (404) 486-2361
Facsimile: (404) 393-0826
Email: LJohnson@SuretyBondsAgency.com