Shimshon Wexler <swexleresq@gmail.com>

## RE: Discovery Responses- Cordtz v Johnson et al NDGA
1 message

**Mark A. Baker** <mbaker@mtglaw.com>                                                                                    Thu, Oct 14, 2021 at 9:57 AM
To: Shimshon Wexler <swexleresq@gmail.com>
Cc: Larry Johnson <ljohnson@suretybondsagency.com>, "Gregory J. Sanda" <GSanda@mtglaw.com>, "Mark A. Baker" <mbaker@mtglaw.com>

1. J Taylor Law was January Taylor's law firm prior to forming McMichael Taylor Gray, LLC in approximately 03/2018. The formation is reflected on the Georgia Secretary of State's website and the documents associated therewith: https://ecorp.sos.ga.gov/BusinessSearch/BusinessInformation?businessId=2483690&businessType=Domestic%20Limited%20Liability%20Company&fromSearch=True
2. There is no written contract between either J Taylor Law, LLC or McMichael Taylor Gray, LLC and the Aspen entity.
3. There is no written contract between either J Taylor Law, LLC or McMichael Taylor Gray, LLC and Larry W. Johnson or Johnson Legal Offices, LLC.



www.mtglaw.com

**Mark A. Baker**
Partner
22 Century Blvd, Suite 450
Nashville, TN 37214
*Licensed in AL, GA, NC, and TN

Ph: 470.289.4343
Fax: 404.745.8121
mbaker@mtglaw.com

**From:** Shimshon Wexler <swexleresq@gmail.com>
**Sent:** Thursday, October 14, 2021 8:49 AM
**To:** Mark A. Baker <mbaker@mtglaw.com>
**Cc:** Larry Johnson <ljohnson@suretybondsagency.com>; Gregory J. Sanda <GSanda@mtglaw.com>
**Subject:** Re: Discovery Responses- Cordtz v Johnson et al NDGA

Thank you Mr. Baker. I am in receipt of the production and I had a few questions.

1-Because this is the first I'm ever hearing of J Taylor Law, LLC ("J Taylor") and because Johnson did not mention J Taylor and only mentioned the McMichael Taylor Gray, LLC ("McMichael") law firm, can you please tell me the relationship, understanding or agreement ( the "contract") between J Taylor and McMichael while producing a copy of the writing which the relationship, understanding, contract or agreement was reduced to.

2-Can you please confirm that there is no contract between the alleged owner of Plaintiff's account (the Aspen entity) on the one hand and J Taylor Law or McMichael on the other. And if there is a contract, please produce the contract.

3- Can you please confirm that there is no contract between J Talor or McMichael on the one hand and Larry W. Johnson or Johnson Legal Offices, LLC on the other hand. And if there is a contract, please produce it.

I look forward to your response. Please let me know if you have any questions or concerns.

Thank you,

Shimshon

212-760-2400

On Wed, Oct 13, 2021 at 5:38 PM Mark A. Baker <mbaker@mtglaw.com> wrote:

> Mr. Wexler,
>
> In connection with the deposition of McMichael Taylor Gray, LLC scheduled Monday, 10/18/21 at 10 a.m. ET, attached are all documents the firm has that are responsive to your production request.
>
> As this deposition will be via Zoom or similar, we will not cash your witness appearance fee check. May we have the same courtesy regarding Mr. Cordtz's Zoom deposition?