

**FCI Lender Services, Inc.**
Toll Free: (800) 931-2424  Hrs.: Mon-Fri 8:00 a.m. - 5:00 p.m. (PT)
Website: www.myfci.com    NMLS #4920    DRE #01022780
PO BOX 28720 Anaheim CA 92809-0157    Fax: (714) 282-5775

Report Date: 6/21/2021

# Monthly Statement

| Summary - Repayment Period | | | |
|---|---|---|---|
| Pmt Due Date | 06/20/2021 | Late Charge Due After | 7/5/2021 |
| Annual Rate | 6.500% | Late Charge Due | $0.00 |
| Credit Limit | $200,000.00 | Finance Charges | $1,098.42 |
| Unpd.Charges | $2,099.70 | Paid To Date | 10/20/2015 |
| Maturity Date | 04/20/2026 | Next Due Date | 11/20/2015 |

| | |
|---|---|
| Account # | 9160032062 |
| Past Due Amt | $192,812.58 |
| **Curr.Pmt.Amt** | **$2,789.48** |
| Trust/Esc.Pmt | $0.00 |
| Other Payments | $0.00 |
| Deferred Charges | $0.00 |
| **Min.Pmt.Due** | **$195,602.06** |

JEFFREY D CORDTZ
213 SOUTHERN HILL DRIVE
DULUTH, GA 30097

| Account Activity | | | | | | | |
|---|---|---|---|---|---|---|---|
| Date | Reference | Description | Reserve | Impound | Charges | Credits | Balance |
| 05/21/2021 | | Balance Forward | $0.00 | $0.00 | $0.00 | $0.00 | $285,466.86 |
| 05/27/2021 | 9773 | Foreclosure Attorney Fees | $0.00 | $0.00 | $630.50 | $0.00 | $286,097.36 |
| 06/20/2021 | | Finance Charges | $0.00 | $0.00 | $1,098.42 | $0.00 | $287,195.78 |
| | | | $0.00 | $0.00 | $1,728.92 | $0.00 | |

| Interest Charge Summary | | | | | |
|---|---|---|---|---|---|
| Balance Date | Daily Balance | Days | Daily Periodic Rate | Anual Percentage Rate | Finance Charges |
| 05/21/2021 | $198,969.20 | 31 | 0.017808% | 6.500% | $1,098.42 |
| | | 31 | | | $1,098.42 |

---------------------PLEASE DETACH THE BOTTOM PORTION OF THIS STATEMENT, RETURN IT WITH YOUR PAYMENT AND RETAIN THE TOP PORTION FOR YOUR RECORDS---------------------

**For details as to ALL Borrower Payment Options visit the FCI website as www.myfci.com**

| FCI Payment Coupon | Pay Bill Online | FCI Borrower App |
|---|---|---|
| Please don't Staple or Paperclip | www.myfci.com/borrower | Download on Google & Apple App Stores |

**FCI Lender Services, Inc.**

PO BOX 28720
Anaheim, CA 92809-0112
800-931-2424

| Summary - Repayment Period | | | |
|---|---|---|---|
| Past Due Amt | $192,812.58 | Account # | 9160032062 |
| Curr.Pmt.Amt | $2,789.48 | Pmt Due Date | 6/20/2021 |
| Trust/Esc.Pmt | $0.00 | Annual Rate | 6.50% |
| Other Payments | $0.00 | Unpd.Charges | $2,099.70 |
| Deferred Charges | $0.00 | Credit Limit | $200,000.00 |
| **Min.Pmt.Due** | **$195,602.06** | **Full Address :** | |
| Late Charge Due After | 7/5/2021 | 213 SOUTHERN HILL DRIVE | |
| Late Charge Due | $0.00 | DULUTH, GA 30097 | |



00398

**CUSTOMER SERVICE:** Our Customer Service Department is here to help if you have any questions. Please call us toll-free during regular business hours (Mon-Fri, 8:00 am - 5:00 pm PT) at 1-800-931-2424, x651.

**ERROR RESOLUTION AND REQUEST FOR INFORMATION:** If you believe that there is an error in your account or if you need FCI to provide you with any documentation or information regarding your mortgage loan account, please write to FCI at the following address: FCI Lender Services, Inc. - Attn: Consumer Requests, P.O. Box 28720, Anaheim, CA 92809-0112; or fax to FCI at 1-714-282-5775. You will need to provide us the name of the Borrower(s), the mortgage loan account number and either describe the error that you believe has occurred or the request for specific information or documentation. We do not accept any requests for either Error Resolution or for documentation and/information over the telephone although you can call us if you have any questions about the Error Resolution and/or Request for Information process.

**CONFORMING PAYMENTS - PAYOR REQUIREMENTS:** The payment coupon must be included with remittance. Payments are to be received in accordance with the periodic payment statement and must include your account number clearly illustrated on the payment instrument. All payments must be received by FCI during regular business hours (Mon-Fri, 8:00 am to 5:00 pm PT) in order to be credited to Payer's account the same day of receipt. All payments must be payable in U.S. Dollars only and mailed directly to FCI's payment processing P.O. Box set forth in FCI's Periodic Statement and payment coupon. **PARTIAL PAYMENTS** are held in suspense accounts until a full payment is received. At that point, the full payment will be applied to the principal and interest of the first monthly payment to become delinquent or as otherwise referenced in your Note and Security Instrument. Any **PARTIAL PAYMENTS** received within 30 days of the loan transfer date from FCI will be returned.

**NOTE ACCELERATION DISCLOSURE:** If your loan is in foreclosure or has been accelerated, the accrual of late charges may be waived from the acceleration date in accordance with state and federal regulations. They are listed on the statement for reinstatement and informational purposes only.

**SERVICEMEMBERS CIVIL RELIEF ACT:** The Service members Civil Relief Act may offer protection or relief to members of the military who have been called to active duty. If either you have been called to active duty or you are the spouse or dependent of a person who has been called to active duty, and you have not yet made us aware of your status, please contact our Customer Service Department during regular business hours (Mon-Fri, 8:00 am to 5:00 pm PT) at 1-800-931-2424, x651.

**MORTGAGE COUNSELING:** For help exploring your options, the Federal government provides contact information for housing counselors, which you can access by contacting the Consumer Financial Protection Bureau at http://www.consumerfinance.gov/mortgagehelp or the Department of Housing and Urban Development at: http://www.hud.gov/offices/hsg/sfh/hcc/fc/index.cfm, or by calling HUD at 1-800-569-4287.

**IMPORTANT NOTICE: IF YOU OR YOUR ACCOUNT ARE SUBJECT TO PENDING BANKRUPTCY PROCEEDINGS, OR IF YOU RECEIVED A BANKRUPTCY DISCHARGE ON THIS DEBT, THIS STATEMENT IS FOR INFORMATIONAL PURPOSES ONLY AND IS NOT AN ATTEMPT TO COLLECT A DEBT. IF YOU ARE NOT IN BANKRUPTCY OR DISCHARGED OF THIS DEBT, BE ADVISED THAT FCI IS A DEBT COLLECTOR AND IS ATTEMPTING TO COLLECT A DEBT. ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.**

-----Please detach the bottom portion of this Statement, return it with your payment, and retain the top portion for your records ------

**CHANGE OF ADDRESS** *(If correct on front, please do not use)* For change of address over the phone, call our Customer Care Department at 1-800-931-2424, x651. Please Print Clearly in blue or black ink only in the boxes below:

Street Address _____
City_____ State_____ Zip Code _____
Area Code and Home Phone_____ Area Code and Work Phone_____
Email_____

**Property Use?**    **Market Value of Property?**    **Email Payment Statements?**
___Primary Residence                                 ___Yes, I'd like to receive email statements.
___Rental            $_____             ___ No, please don't send me email statements.
___Commercial

00399

# IMPORTANT DISCLOSURES

FCI Lender Services, Inc. ("FCI") is committed to professional and courteous service to our customers. Our Customer Service Department is an experienced group of men and women who are trained and dedicated to answering your questions, addressing your concerns, and resolving any and all issues to your satisfaction. If you have any complaints, please call us during our regular business hours at (800) 931-2424 ext. 651, Mon - Fri, 8:00 a.m. - 5:00 p.m., PT.

**OREGON CONSUMERS ONLY:** The Director of the Department of Consumer and Business Services prescribes by rule. Residential mortgage loan servicers are regulated by the Oregon Division of Financial Regulation. To file a complaint, call (888) 877-4894 or visit http://dfr.oregon.gov. You can also submit a completed form complaint by email to dcbs.dfcsmail@oregon.gov, by mail to PO Box 14480 Salem, OR 97309-0405, or by fax to 503-947-7862.

**PENNSYLVANIA CONSUMERS ONLY**: The lender retains a security interest in your residential real estate whenever the security interest has not been released.

**COLORADO CONSUMERS ONLY:** FCI Lender Services, Inc.'s agent in Colorado is located at 1776 S. Jackson Street #900, Denver, CO 80210-3808; PH: (720) 441-0010 option #1.

**TEXAS CONSUMERS ONLY:** COMPLAINTS REGARDING THE SERVICING OF YOUR MORTGAGE SHOULD BE SENT TO THE DEPARTMENT OF SAVINGS AND MORTGAGE LENDING, 2601 NORTH LAMAR, SUITE 201, AUSTIN, TX 78705.  A TOLL-FREE CONSUMER HOTLINE IS AVAILABLE AT 877-276-5550.  A complaint form and instructions may be downloaded and printed from the Department's website located at www.sml.texas.gov or obtained from the department upon request by mail at the address above, by telephone at its toll-free consumer hotline listed above, or by email at smlinfo@sml.texas.gov.

**MASSACHUSETTS CONSUMERS ONLY:**  NOTICE OF IMPORTANT RIGHTS YOU HAVE THE RIGHT TO MAKE A WRITTEN OR ORAL REQUEST THAT TELEPHONE CALLS REGARDING YOUR DEBT NOT BE MADE TO YOU AT YOUR PLACE OF EMPLOYMENT. ANY SUCH ORAL REQUEST WILL BE VALID FOR ONLY TEN DAYS UNLESS YOU PROVIDE WRITTEN CONFIRMATION OF THE REQUEST POSTMARKED OR DELIVERED WITHIN SEVEN DAYS OF SUCH REQUEST. YOU MAY TERMINATE THIS REQUEST BY WRITING TO THE CREDITOR.

**NEW YORK CONSUMERS ONLY:** FCI Lender Services, Inc. ("FCI") is registered with the Superintendent of the New York State Department of Financial Services (NMLS #4920). You may obtain information about how to file a complaint about FCI with the New York State Department of Financial Services, by visiting the Department's website at www.dfs.ny.gov or by calling the Department at 800-342-3736.

**IMPORTANT NOTICE: IF YOU OR YOUR ACCOUNT ARE SUBJECT TO PENDING BANKRUPTCY PROCEEDINGS, OR IF YOU RECEIVED A BANKRUPTCY DISCHARGE ON THIS DEBT, THIS STATEMENT IS FOR INFORMATIONAL PURPOSES ONLY AND IS NOT AN ATTEMPT TO COLLECT A DEBT. IF YOU ARE NOT IN BANKRUPTCY OR DISCHARGED OF THIS DEBT, BE ADVISED THAT FCI IS A DEBT COLLECTOR AND IS ATTEMPTING TO COLLECT A DEBT. ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.**

**FCI Lender Services, Inc.**
Toll Free: (800) 931-2424  Hrs.: Mon-Fri 8:00 a.m. - 5:00 p.m. (PT)
Website: www.myfci.com    NMLS #4920    DRE #01022780
PO BOX 28720 Anaheim CA 92809-0157    Fax: (714) 282-5775

Date: 6/21/2021

JEFFREY D CORDTZ
213 SOUTHERN HILL DRIVE
DULUTH , GA , 30097

Dear JEFFREY D CORDTZ

**Privacy Policy**
At FCI Lender Services and our family of companies, we appreciate your business and the trust you have placed in us. We are committed to protecting the personal data we obtain about you. Please know that we do not sell your personal data. Please review the following details.

**What personal data we may collect about you?**
We may collect personal data about you to process your payments and to communicate with you regarding the status of your loan and payments. When required, we will obtain your consent before collecting it. The personal data may include:

- Name and Address
- Credit & Payment Data
- Social Security number or taxpayer identification number

**What do we do with your personal data?**
We comply with Federal and State requirements related to the protection and use of your data. This means we only share data where we are permitted or required to do so. We also may be required to obtain your authorization before disclosing certain types of personal data. We may use your data for the following:

- Process Loan and Payments
- Respond to your requests
- Comply with regulatory requirements
- Prevent Fraud

We do not sell personal data about current or former customers or their accounts. We do not share your personal data for marketing purposes with anyone outside our family of companies. When affiliates or outside companies perform a service on our behalf, we may share your personal data with them. We require them to protect your personal data, and we only permit them to use your personal data to perform these services. Examples of outside parties who may receive your data are:

- State or Federal Authorities
- Other companies or service providers supporting your account

**How do we protect your personal data?**
In order to protect your personal data, we maintain physical, electronic, and procedural safeguards. We review these safeguards regularly in keeping with technological advancements. We restrict access to your personal data. We also train our employees in the proper handling of your personal data.

**Our commitment to keeping you informed.**
We will send you a Privacy Policy each year while you are our customer. In the event we broaden our data sharing practices, we will send you a new policy.



Report Date: 5/21/2021

# Monthly Statement

| Summary - Repayment Period | | | |
|---|---|---|---|
| Pmt Due Date | 05/20/2021 | Late Charge Due After | 6/4/2021 |
| Annual Rate | 6.500% | Late Charge Due | $0.00 |
| Credit Limit | $200,000.00 | Finance Charges | $1,062.99 |
| Unpd.Charges | $1,469.20 | Paid To Date | 10/20/2015 |
| Maturity Date | 04/20/2026 | Next Due Date | 11/20/2015 |

| | |
|---|---|
| Account # | 9160032062 |
| Past Due Amt | $190,058.53 |
| **Curr.Pmt.Amt** | $2,754.05 |
| Trust/Esc.Pmt | $0.00 |
| Other Payments | $0.00 |
| Deferred Charges | $0.00 |
| **Min.Pmt.Due** | $192,812.58 |

JEFFREY D CORDTZ
213 SOUTHERN HILL DRIVE
DULUTH, GA 30097

| Account Activity | | | | | | | |
|---|---|---|---|---|---|---|---|
| Date | Reference | Description | Reserve | Impound | Charges | Credits | Balance |
| 04/21/2021 | | Balance Forward | $0.00 | $0.00 | $0.00 | $0.00 | $284,403.87 |
| 05/20/2021 | | Finance Charges | $0.00 | $0.00 | $1,062.99 | $0.00 | $285,466.86 |
| | | | $0.00 | $0.00 | $1,062.99 | $0.00 | |

| Interest Charge Summary | | | | | |
|---|---|---|---|---|---|
| Balance Date | Daily Balance | Days | Daily Periodic Rate | Anual Percentage Rate | Finance Charges |
| 04/21/2021 | $198,969.20 | 30 | 0.017808% | 6.500% | $1,062.99 |
| | | 30 | | | $1,062.99 |

---

------------------------PLEASE DETACH THE BOTTOM PORTION OF THIS STATEMENT, RETURN IT WITH YOUR PAYMENT AND RETAIN THE TOP PORTION FOR YOUR RECORDS------------------------

| FCI Payment Coupon | Pay Bill Online | FCI Borrower App |
|---|---|---|
| Please don't Staple or Paperclip | www.myfci.com/borrower | Download on Google & Apple App Stores |

**FCI Lender Services, Inc.**

PO BOX 28720
Anaheim, CA 92809-0112
800-931-2424

| Summary - Repayment Period | | | |
|---|---|---|---|
| Past Due Amt | $190,058.53 | Account # | 9160032062 |
| Curr.Pmt.Amt | $2,754.05 | Pmt Due Date | 5/20/2021 |
| Trust/Esc.Pmt | $0.00 | Annual Rate | 6.50% |
| Other Payments | $0.00 | Unpd.Charges | $1,469.20 |
| Deferred Charges | $0.00 | Credit Limit | $200,000.00 |
| **Min.Pmt.Due** | **$192,812.58** | Full Address : | |
| Late Charge Due After | 6/4/2021 | 213 SOUTHERN HILL DRIVE | |
| Late Charge Due | $0.00 | DULUTH, GA 30097 | |



00402

**CUSTOMER SERVICE:** Our Customer Service Department is here to help if you have any questions. Please call us toll-free during regular business hours (Mon-Fri, 8:00 am - 5:00 pm PT) at 1-800-931-2424, x651.

**ERROR RESOLUTION AND REQUEST FOR INFORMATION:** If you believe that there is an error in your account or if you need FCI to provide you with any documentation or information regarding your mortgage loan account, please write to FCI at the following address: FCI Lender Services, Inc. - Attn: Consumer Requests, P.O. Box 28720, Anaheim, CA 92809-0112; or fax to FCI at 1-714-282-5775. You will need to provide us the name of the Borrower(s), the mortgage loan account number and either describe the error that you believe has occurred or the request for specific information or documentation. We do not accept any requests for either Error Resolution or for documentation and/information over the telephone although you can call us if you have any questions about the Error Resolution and/or Request for Information process.

**CONFORMING PAYMENTS - PAYOR REQUIREMENTS:** The payment coupon must be included with remittance. Payments are to be received in accordance with the periodic payment statement and must include your account number clearly illustrated on the payment instrument. All payments must be received by FCI during regular business hours (Mon-Fri, 8:00 am to 5:00 pm PT) in order to be credited to Payer's account the same day of receipt. All payments must be payable in U.S. Dollars only and mailed directly to FCI's payment processing P.O. Box set forth in FCI's Periodic Statement and payment coupon. **PARTIAL PAYMENTS** are held in suspense accounts until a full payment is received. At that point, the full payment will be applied to the principal and interest of the first monthly payment to become delinquent or as otherwise referenced in your Note and Security Instrument. Any **PARTIAL PAYMENTS** received within 30 days of the loan transfer date from FCI will be returned.

**NOTE ACCELERATION DISCLOSURE:** If your loan is in foreclosure or has been accelerated, the accrual of late charges may be waived from the acceleration date in accordance with state and federal regulations. They are listed on the statement for reinstatement and informational purposes only.

**SERVICEMEMBERS CIVIL RELIEF ACT:** The Service members Civil Relief Act may offer protection or relief to members of the military who have been called to active duty. If either you have been called to active duty or you are the spouse or dependent of a person who has been called to active duty, and you have not yet made us aware of your status, please contact our Customer Service Department during regular business hours (Mon-Fri, 8:00 am to 5:00 pm PT) at 1-800-931-2424, x651.

**MORTGAGE COUNSELING:** For help exploring your options, the Federal government provides contact information for housing counselors, which you can access by contacting the Consumer Financial Protection Bureau at http://www.consumerfinance.gov/mortgagehelp or the Department of Housing and Urban Development at: http://www.hud.gov/offices/hsg/sfh/hcc/fc/index.cfm, or by calling HUD at 1-800-569-4287.

**IMPORTANT NOTICE: IF YOU OR YOUR ACCOUNT ARE SUBJECT TO PENDING BANKRUPTCY PROCEEDINGS, OR IF YOU RECEIVED A BANKRUPTCY DISCHARGE ON THIS DEBT, THIS STATEMENT IS FOR INFORMATIONAL PURPOSES ONLY AND IS NOT AN ATTEMPT TO COLLECT A DEBT. IF YOU ARE NOT IN BANKRUPTCY OR DISCHARGED OF THIS DEBT, BE ADVISED THAT FCI IS A DEBT COLLECTOR AND IS ATTEMPTING TO COLLECT A DEBT. ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.**

-----Please detach the bottom portion of this Statement, return it with your payment, and retain the top portion for your records ------

**CHANGE OF ADDRESS** *(If correct on front, please do not use)* For change of address over the phone, call our Customer Care Department at 1-800-931-2424, x651. Please Print Clearly in blue or black ink only in the boxes below:

Street Address _____
City_____ State_____ Zip Code _____
Area Code and Home Phone_____ Area Code and Work Phone_____
Email_____

**Property Use?**  **Market Value of Property?**  **Email Payment Statements?**
___Primary Residence  ___Yes, I'd like to receive email statements.
___Rental  $_____  ___ No, please don't send me email statements.
___Commercial

00403

# IMPORTANT DISCLOSURES

FCI Lender Services, Inc. ("FCI") is committed to professional and courteous service to our customers. Our Customer Service Department is an experienced group of men and women who are trained and dedicated to answering your questions, addressing your concerns, and resolving any and all issues to your satisfaction. If you have any complaints, please call us during our regular business hours at (800) 931-2424 ext. 651, Mon - Fri, 8:00 a.m. - 5:00 p.m., PT.

**OREGON CONSUMERS ONLY:** The Director of the Department of Consumer and Business Services prescribes by rule. Residential mortgage loan servicers are regulated by the Oregon Division of Financial Regulation. To file a complaint, call (888) 877-4894 or visit http://dfr.oregon.gov. You can also submit a completed form complaint by email to dcbs.dfcsmail@oregon.gov, by mail to PO Box 14480 Salem, OR 97309-0405, or by fax to 503-947-7862.

**PENNSYLVANIA CONSUMERS ONLY**: The lender retains a security interest in your residential real estate whenever the security interest has not been released.

**COLORADO CONSUMERS ONLY:** FCI Lender Services, Inc.'s agent in Colorado is located at 1776 S. Jackson Street #900, Denver, CO 80210-3808; PH: (720) 441-0010 option #1.

**TEXAS CONSUMERS ONLY:** COMPLAINTS REGARDING THE SERVICING OF YOUR MORTGAGE SHOULD BE SENT TO THE DEPARTMENT OF SAVINGS AND MORTGAGE LENDING, 2601 NORTH LAMAR, SUITE 201, AUSTIN, TX 78705. A TOLL-FREE CONSUMER HOTLINE IS AVAILABLE AT 877-276-5550. A complaint form and instructions may be downloaded and printed from the Department's website located at www.sml.texas.gov or obtained from the department upon request by mail at the address above, by telephone at its toll-free consumer hotline listed above, or by email at smlinfo@sml.texas.gov.

**MASSACHUSETTS CONSUMERS ONLY:** NOTICE OF IMPORTANT RIGHTS YOU HAVE THE RIGHT TO MAKE A WRITTEN OR ORAL REQUEST THAT TELEPHONE CALLS REGARDING YOUR DEBT NOT BE MADE TO YOU AT YOUR PLACE OF EMPLOYMENT. ANY SUCH ORAL REQUEST WILL BE VALID FOR ONLY TEN DAYS UNLESS YOU PROVIDE WRITTEN CONFIRMATION OF THE REQUEST POSTMARKED OR DELIVERED WITHIN SEVEN DAYS OF SUCH REQUEST. YOU MAY TERMINATE THIS REQUEST BY WRITING TO THE CREDITOR.

**NEW YORK CONSUMERS ONLY:** FCI Lender Services, Inc. ("FCI") is registered with the Superintendent of the New York State Department of Financial Services (NMLS #4920). You may obtain information about how to file a complaint about FCI with the New York State Department of Financial Services, by visiting the Department's website at www.dfs.ny.gov or by calling the Department at 800-342-3736.

**IMPORTANT NOTICE: IF YOU OR YOUR ACCOUNT ARE SUBJECT TO PENDING BANKRUPTCY PROCEEDINGS, OR IF YOU RECEIVED A BANKRUPTCY DISCHARGE ON THIS DEBT, THIS STATEMENT IS FOR INFORMATIONAL PURPOSES ONLY AND IS NOT AN ATTEMPT TO COLLECT A DEBT. IF YOU ARE NOT IN BANKRUPTCY OR DISCHARGED OF THIS DEBT, BE ADVISED THAT FCI IS A DEBT COLLECTOR AND IS ATTEMPTING TO COLLECT A DEBT. ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.**



**FCI Lender Services, Inc.**
Toll Free: (800) 931-2424 Hrs.: Mon-Fri 8:00 a.m. - 5:00 p.m. (PT)
Website: www.trustfci.com    NMLS #4920    DRE #01022780
PO BOX 28720 Anaheim CA 92809-0112    Fax: (714) 282-5775

Report Date: 4/21/2021

# Monthly Statement

| Summary - Repayment Period | | | |
|---|---|---|---|
| Pmt Due Date | 04/20/2021 | Late Charge Due After | 5/5/2021 |
| Annual Rate | 6.500% | Late Charge Due | $0.00 |
| Credit Limit | $200,000.00 | Finance Charges | $1,098.42 |
| Unpd.Charges | $1,469.20 | Paid To Date | 10/20/2015 |
| Maturity Date | 04/20/2026 | Next Due Date | 11/20/2015 |

| | |
|---|---|
| Account # | 9160032062 |
| Past Due Amt | $187,269.05 |
| **Curr.Pmt.Amt** | $2,789.48 |
| Trust/Esc.Pmt | $0.00 |
| Other Payments | $0.00 |
| Deferred Charges | $0.00 |
| **Min.Pmt.Due** | $190,058.53 |

JEFFREY D CORDTZ
213 SOUTHERN HILL DRIVE
DULUTH, GA 30097

### Account Activity

| Date | Reference | Description | Reserve | Impound | Charges | Credits | Balance |
|---|---|---|---|---|---|---|---|
| 03/21/2021 | | Balance Forward | $0.00 | $0.00 | $0.00 | $0.00 | $283,305.45 |
| 04/20/2021 | | Finance Charges | $0.00 | $0.00 | $1,098.42 | $0.00 | $284,403.87 |
| | | | $0.00 | $0.00 | $1,098.42 | $0.00 | |

### Interest Charge Summary

| Balance Date | Daily Balance | Days | Daily Periodic Rate | Anual Percentage Rate | Finance Charges |
|---|---|---|---|---|---|
| 03/21/2021 | $198,969.20 | 31 | 0.017808% | 6.500% | $1,098.42 |
| | | 31 | | | $1,098.42 |

---

*------------------------PLEASE DETACH THE BOTTOM PORTION OF THIS STATEMENT, RETURN IT WITH YOUR PAYMENT AND RETAIN THE TOP PORTION FOR YOUR RECORDS------------------------*

| FCI Payment Coupon | Pay Bill Online | FCI Borrower App |
|---|---|---|
| Please don't Staple or Paperclip | www.myfci.com/borrower | Download on Google & Apple App Stores |

**FCI Lender Services, Inc.**

PO BOX 28720
Anaheim, CA 92809-0112
800-931-2424

| Summary - Repayment Period | | | |
|---|---|---|---|
| Past Due Amt | $187,269.05 | Account # | 9160032062 |
| Curr.Pmt.Amt | $2,789.48 | Pmt Due Date | 4/20/2021 |
| Trust/Esc.Pmt | $0.00 | Annual Rate | 6.50% |
| Other Payments | $0.00 | Unpd.Charges | $1,469.20 |
| Deferred Charges | $0.00 | Credit Limit | $200,000.00 |
| **Min.Pmt.Due** | **$190,058.53** | Full Address : | |
| Late Charge Due After | 5/5/2021 | 213 SOUTHERN HILL DRIVE | |
| Late Charge Due | $0.00 | DULUTH, GA 30097 | |



00405

**CUSTOMER SERVICE:** Our Customer Service Department is here to help if you have any questions. Please call us toll-free during regular business hours (Mon-Fri, 8:00 am - 5:00 pm PT) at 1-800-931-2424, x651.

**ERROR RESOLUTION AND REQUEST FOR INFORMATION:** If you believe that there is an error in your account or if you need FCI to provide you with any documentation or information regarding your mortgage loan account, please write to FCI at the following address: FCI Lender Services, Inc. - Attn: Consumer Requests, P.O. Box 28720, Anaheim, CA 92809-0112; or fax to FCI at 1-714-282-5775. You will need to provide us the name of the Borrower(s), the mortgage loan account number and either describe the error that you believe has occurred or the request for specific information or documentation. We do not accept any requests for either Error Resolution or for documentation and/information over the telephone although you can call us if you have any questions about the Error Resolution and/or Request for Information process.

**CONFORMING PAYMENTS - PAYOR REQUIREMENTS:** The payment coupon must be included with remittance. Payments are to be received in accordance with the periodic payment statement and must include your account number clearly illustrated on the payment instrument. All payments must be received by FCI during regular business hours (Mon-Fri, 8:00 am to 5:00 pm PT) in order to be credited to Payer's account the same day of receipt. All payments must be payable in U.S. Dollars only and mailed directly to FCI's payment processing P.O. Box set forth in FCI's Periodic Statement and payment coupon. **PARTIAL PAYMENTS** are held in suspense accounts until a full payment is received. At that point, the full payment will be applied to the principal and interest of the first monthly payment to become delinquent or as otherwise referenced in your Note and Security Instrument. Any **PARTIAL PAYMENTS** received within 30 days of the loan transfer date from FCI will be returned.

**NOTE ACCELERATION DISCLOSURE:** If your loan is in foreclosure or has been accelerated, the accrual of late charges may be waived from the acceleration date in accordance with state and federal regulations. They are listed on the statement for reinstatement and informational purposes only.

**SERVICEMEMBERS CIVIL RELIEF ACT:** The Service members Civil Relief Act may offer protection or relief to members of the military who have been called to active duty. If either you have been called to active duty or you are the spouse or dependent of a person who has been called to active duty, and you have not yet made us aware of your status, please contact our Customer Service Department during regular business hours (Mon-Fri, 8:00 am to 5:00 pm PT) at 1-800-931-2424, x651.

**MORTGAGE COUNSELING:** For help exploring your options, the Federal government provides contact information for housing counselors, which you can access by contacting the Consumer Financial Protection Bureau at http://www.consumerfinance.gov/mortgagehelp or the Department of Housing and Urban Development at: http://www.hud.gov/offices/hsg/sfh/hcc/fc/index.cfm, or by calling HUD at 1-800-569-4287.

**IMPORTANT NOTICE: IF YOU OR YOUR ACCOUNT ARE SUBJECT TO PENDING BANKRUPTCY PROCEEDINGS, OR IF YOU RECEIVED A BANKRUPTCY DISCHARGE ON THIS DEBT, THIS STATEMENT IS FOR INFORMATIONAL PURPOSES ONLY AND IS NOT AN ATTEMPT TO COLLECT A DEBT. IF YOU ARE NOT IN BANKRUPTCY OR DISCHARGED OF THIS DEBT, BE ADVISED THAT FCI IS A DEBT COLLECTOR AND IS ATTEMPTING TO COLLECT A DEBT. ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.**

-----Please detach the bottom portion of this Statement, return it with your payment, and retain the top portion for your records ------

**CHANGE OF ADDRESS** *(If correct on front, please do not use)* For change of address over the phone, call our Customer Care Department at 1-800-931-2424, x651. Please Print Clearly in blue or black ink only in the boxes below:

Street Address _____
City_____ State_____ Zip Code _____
Area Code and Home Phone_____ Area Code and Work Phone_____
Email_____

**Property Use?**  **Market Value of Property?**  **Email Payment Statements?**
__Primary Residence   ___Yes, I'd like to receive email statements.
__Rental   $_____   ___ No, please don't send me email statements.
__Commercial

00406

# IMPORTANT DISCLOSURES

FCI Lender Services, Inc. ("FCI") is committed to professional and courteous service to our customers. Our Customer Service Department is an experienced group of men and women who are trained and dedicated to answering your questions, addressing your concerns, and resolving any and all issues to your satisfaction. If you have any complaints, please call us during our regular business hours at (800) 931-2424 ext. 651, Mon - Fri, 8:00 a.m. - 5:00 p.m., PT.

**OREGON CONSUMERS ONLY:** The Director of the Department of Consumer and Business Services prescribes by rule. Residential mortgage loan servicers are regulated by the Oregon Division of Financial Regulation. To file a complaint, call (888) 877-4894 or visit http://dfr.oregon.gov. You can also submit a completed form complaint by email to dcbs.dfcsmail@oregon.gov, by mail to PO Box 14480 Salem, OR 97309-0405, or by fax to 503-947-7862.

**PENNSYLVANIA CONSUMERS ONLY**: The lender retains a security interest in your residential real estate whenever the security interest has not been released.

**COLORADO CONSUMERS ONLY:** FCI Lender Services, Inc.'s agent in Colorado is located at 1776 S. Jackson Street #900, Denver, CO 80210-3808; PH: (720) 441-0010 option #1.

**TEXAS CONSUMERS ONLY:** COMPLAINTS REGARDING THE SERVICING OF YOUR MORTGAGE SHOULD BE SENT TO THE DEPARTMENT OF SAVINGS AND MORTGAGE LENDING, 2601 NORTH LAMAR, SUITE 201, AUSTIN, TX 78705. A TOLL-FREE CONSUMER HOTLINE IS AVAILABLE AT 877-276-5550. A complaint form and instructions may be downloaded and printed from the Department's website located at www.sml.texas.gov or obtained from the department upon request by mail at the address above, by telephone at its toll-free consumer hotline listed above, or by email at smlinfo@sml.texas.gov.

**MASSACHUSETTS CONSUMERS ONLY:** NOTICE OF IMPORTANT RIGHTS YOU HAVE THE RIGHT TO MAKE A WRITTEN OR ORAL REQUEST THAT TELEPHONE CALLS REGARDING YOUR DEBT NOT BE MADE TO YOU AT YOUR PLACE OF EMPLOYMENT. ANY SUCH ORAL REQUEST WILL BE VALID FOR ONLY TEN DAYS UNLESS YOU PROVIDE WRITTEN CONFIRMATION OF THE REQUEST POSTMARKED OR DELIVERED WITHIN SEVEN DAYS OF SUCH REQUEST. YOU MAY TERMINATE THIS REQUEST BY WRITING TO THE CREDITOR.

**NEW YORK CONSUMERS ONLY:** FCI Lender Services, Inc. ("FCI") is registered with the Superintendent of the New York State Department of Financial Services (NMLS #4920). You may obtain information about how to file a complaint about FCI with the New York State Department of Financial Services, by visiting the Department's website at www.dfs.ny.gov or by calling the Department at 800-342-3736.

**IMPORTANT NOTICE: IF YOU OR YOUR ACCOUNT ARE SUBJECT TO PENDING BANKRUPTCY PROCEEDINGS, OR IF YOU RECEIVED A BANKRUPTCY DISCHARGE ON THIS DEBT, THIS STATEMENT IS FOR INFORMATIONAL PURPOSES ONLY AND IS NOT AN ATTEMPT TO COLLECT A DEBT. IF YOU ARE NOT IN BANKRUPTCY OR DISCHARGED OF THIS DEBT, BE ADVISED THAT FCI IS A DEBT COLLECTOR AND IS ATTEMPTING TO COLLECT A DEBT. ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.**



**FCI Lender Services, Inc.**
Toll Free: (800) 931-2424  Hrs.: Mon-Fri 8:00 a.m. - 5:00 p.m. (PT)
Website: www.trustfci.com   NMLS #4920   DRE #01022780
PO BOX 28720 Anaheim CA 92809-0112   Fax: (714) 282-5775

Report Date: 3/22/2021

# Monthly Statement

| Summary - Repayment Period | | | |
|---|---|---|---|
| Pmt Due Date | 03/20/2021 | Late Charge Due After | 4/5/2021 |
| Annual Rate | 6.500% | Late Charge Due | $0.00 |
| Credit Limit | $200,000.00 | Finance Charges | $992.12 |
| Unpd.Charges | $1,469.20 | Paid To Date | 10/20/2015 |
| Maturity Date | 04/20/2026 | Next Due Date | 11/20/2015 |

| | |
|---|---|
| Account # | 9160032062 |
| Past Due Amt | $184,585.87 |
| **Curr.Pmt.Amt** | $2,683.18 |
| Trust/Esc.Pmt | $0.00 |
| Other Payments | $0.00 |
| Deferred Charges | $0.00 |
| **Min.Pmt.Due** | $187,269.05 |

JEFFREY D CORDTZ
213 SOUTHERN HILL DRIVE
DULUTH, GA 30097

### Account Activity

| Date | Reference | Description | Reserve | Impound | Charges | Credits | Balance |
|---|---|---|---|---|---|---|---|
| 02/21/2021 | | Balance Forward | $0.00 | $0.00 | $0.00 | $0.00 | $282,313.33 |
| 03/20/2021 | | Finance Charges | $0.00 | $0.00 | $992.12 | $0.00 | $283,305.45 |
| | | | **$0.00** | **$0.00** | **$992.12** | **$0.00** | |

### Interest Charge Summary

| Balance Date | Daily Balance | Days | Daily Periodic Rate | Anual Percentage Rate | Finance Charges |
|---|---|---|---|---|---|
| 02/21/2021 | $198,969.20 | 28 | 0.017808% | 6.500% | $992.12 |
| | | **28** | | | **$992.12** |

------------------------*PLEASE DETACH THE BOTTOM PORTION OF THIS STATEMENT, RETURN IT WITH YOUR PAYMENT AND RETAIN THE TOP PORTION FOR YOUR RECORDS*------------------------

 FCI Payment Coupon. Please do not Staple or Paperclip

 Pay your bill online
https://lirs.trustfci.com/borrower

**FCI Lender Services, Inc.**

PO BOX 28720
Anaheim, CA 92809-0112
800-931-2424

| Summary - Repayment Period | | | |
|---|---|---|---|
| Past Due Amt | $184,585.87 | Account # | 9160032062 |
| Curr.Pmt.Amt | $2,683.18 | Pmt Due Date | 3/20/2021 |
| Trust/Esc.Pmt | $0.00 | Annual Rate | 6.50% |
| Other Payments | $0.00 | Unpd.Charges | $1,469.20 |
| Deferred Charges | $0.00 | Credit Limit | $200,000.00 |
| **Min.Pmt.Due** | **$187,269.05** | Full Address : | |
| Late Charge Due After | 4/5/2021 | 213 SOUTHERN HILL DRIVE | |
| Late Charge Due | $0.00 | DULUTH, GA 30097 | |



00408

**CUSTOMER SERVICE:** Our Customer Service Department is here to help if you have any questions. Please call us toll-free during regular business hours (Mon-Fri, 8:00 am - 5:00 pm PT) at 1-800-931-2424, x651.

**ERROR RESOLUTION AND REQUEST FOR INFORMATION:** If you believe that there is an error in your account or if you need FCI to provide you with any documentation or information regarding your mortgage loan account, please write to FCI at the following address: FCI Lender Services, Inc. - Attn: Consumer Requests, P.O. Box 28720, Anaheim, CA 92809-0112; or fax to FCI at 1-714-282-5775. You will need to provide us the name of the Borrower(s), the mortgage loan account number and either describe the error that you believe has occurred or the request for specific information or documentation. We do not accept any requests for either Error Resolution or for documentation and/information over the telephone although you can call us if you have any questions about the Error Resolution and/or Request for Information process.

**CONFORMING PAYMENTS - PAYOR REQUIREMENTS:** The payment coupon must be included with remittance. Payments are to be received in accordance with the periodic payment statement and must include your account number clearly illustrated on the payment instrument. All payments must be received by FCI during regular business hours (Mon-Fri, 8:00 am to 5:00 pm PT) in order to be credited to Payer's account the same day of receipt. All payments must be payable in U.S. Dollars only and mailed directly to FCI's payment processing P.O. Box set forth in FCI's Periodic Statement and payment coupon. **PARTIAL PAYMENTS** are held in suspense accounts until a full payment is received. At that point, the full payment will be applied to the principal and interest of the first monthly payment to become delinquent or as otherwise referenced in your Note and Security Instrument. Any **PARTIAL PAYMENTS** received within 30 days of the loan transfer date from FCI will be returned.

**NOTE ACCELERATION DISCLOSURE:** If your loan is in foreclosure or has been accelerated, the accrual of late charges may be waived from the acceleration date in accordance with state and federal regulations. They are listed on the statement for reinstatement and informational purposes only.

**SERVICEMEMBERS CIVIL RELIEF ACT:** The Service members Civil Relief Act may offer protection or relief to members of the military who have been called to active duty. If either you have been called to active duty or you are the spouse or dependent of a person who has been called to active duty, and you have not yet made us aware of your status, please contact our Customer Service Department during regular business hours (Mon-Fri, 8:00 am to 5:00 pm PT) at 1-800-931-2424, x651.

**MORTGAGE COUNSELING:** For help exploring your options, the Federal government provides contact information for housing counselors, which you can access by contacting the Consumer Financial Protection Bureau at http://www.consumerfinance.gov/mortgagehelp or the Department of Housing and Urban Development at: http://www.hud.gov/offices/hsg/sfh/hcc/fc/index.cfm, or by calling HUD at 1-800-569-4287.

**IMPORTANT NOTICE: IF YOU OR YOUR ACCOUNT ARE SUBJECT TO PENDING BANKRUPTCY PROCEEDINGS, OR IF YOU RECEIVED A BANKRUPTCY DISCHARGE ON THIS DEBT, THIS STATEMENT IS FOR INFORMATIONAL PURPOSES ONLY AND IS NOT AN ATTEMPT TO COLLECT A DEBT. IF YOU ARE NOT IN BANKRUPTCY OR DISCHARGED OF THIS DEBT, BE ADVISED THAT FCI IS A DEBT COLLECTOR AND IS ATTEMPTING TO COLLECT A DEBT. ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.**

-----Please detach the bottom portion of this Statement, return it with your payment, and retain the top portion for your records ------

**CHANGE OF ADDRESS** *(If correct on front, please do not use)* For change of address over the phone, call our Customer Care Department at 1-800-931-2424, x651. Please Print Clearly in blue or black ink only in the boxes below:

Street Address _____
City_____ State_____ Zip Code _____
Area Code and Home Phone_____ Area Code and Work Phone_____
Email_____

| **Property Use?** | **Market Value of Property?** | **Email Payment Statements?** |
|---|---|---|
| \_\_\_Primary Residence | | \_\_\_Yes, I'd like to receive email statements. |
| \_\_\_Rental | $_____ | \_\_\_ No, please don't send me email statements. |
| \_\_\_Commercial | | |

# IMPORTANT DISCLOSURES

FCI Lender Services, Inc. ("FCI") is committed to professional and courteous service to our customers. Our Customer Service Department is an experienced group of men and women who are trained and dedicated to answering your questions, addressing your concerns, and resolving any and all issues to your satisfaction. If you have any complaints, please call us during our regular business hours at (800) 931-2424 ext. 651, Mon - Fri, 8:00 a.m. - 5:00 p.m., PT.

**OREGON CONSUMERS ONLY:** The Director of the Department of Consumer and Business Services prescribes by rule. Residential mortgage loan servicers are regulated by the Oregon Division of Financial Regulation. To file a complaint, call (888) 877-4894 or visit http://dfr.oregon.gov. You can also submit a completed form complaint by email to dcbs.dfcsmail@oregon.gov, by mail to PO Box 14480 Salem, OR 97309-0405, or by fax to 503-947-7862.

**PENNSYLVANIA CONSUMERS ONLY**: The lender retains a security interest in your residential real estate whenever the security interest has not been released.

**COLORADO CONSUMERS ONLY:** FCI Lender Services, Inc.'s agent in Colorado is located at 1776 S. Jackson Street #900, Denver, CO 80210-3808; PH: (720) 441-0010 option #1.

**TEXAS CONSUMERS ONLY:** COMPLAINTS REGARDING THE SERVICING OF YOUR MORTGAGE SHOULD BE SENT TO THE DEPARTMENT OF SAVINGS AND MORTGAGE LENDING, 2601 NORTH LAMAR, SUITE 201, AUSTIN, TX 78705. A TOLL-FREE CONSUMER HOTLINE IS AVAILABLE AT 877-276-5550. A complaint form and instructions may be downloaded and printed from the Department's website located at www.sml.texas.gov or obtained from the department upon request by mail at the address above, by telephone at its toll-free consumer hotline listed above, or by email at smlinfo@sml.texas.gov.

**MASSACHUSETTS CONSUMERS ONLY:** NOTICE OF IMPORTANT RIGHTS YOU HAVE THE RIGHT TO MAKE A WRITTEN OR ORAL REQUEST THAT TELEPHONE CALLS REGARDING YOUR DEBT NOT BE MADE TO YOU AT YOUR PLACE OF EMPLOYMENT. ANY SUCH ORAL REQUEST WILL BE VALID FOR ONLY TEN DAYS UNLESS YOU PROVIDE WRITTEN CONFIRMATION OF THE REQUEST POSTMARKED OR DELIVERED WITHIN SEVEN DAYS OF SUCH REQUEST. YOU MAY TERMINATE THIS REQUEST BY WRITING TO THE CREDITOR.

**NEW YORK CONSUMERS ONLY:** FCI Lender Services, Inc. ("FCI") is registered with the Superintendent of the New York State Department of Financial Services (NMLS #4920). You may obtain information about how to file a complaint about FCI with the New York State Department of Financial Services, by visiting the Department's website at www.dfs.ny.gov or by calling the Department at 800-342-3736.

**IMPORTANT NOTICE: IF YOU OR YOUR ACCOUNT ARE SUBJECT TO PENDING BANKRUPTCY PROCEEDINGS, OR IF YOU RECEIVED A BANKRUPTCY DISCHARGE ON THIS DEBT, THIS STATEMENT IS FOR INFORMATIONAL PURPOSES ONLY AND IS NOT AN ATTEMPT TO COLLECT A DEBT. IF YOU ARE NOT IN BANKRUPTCY OR DISCHARGED OF THIS DEBT, BE ADVISED THAT FCI IS A DEBT COLLECTOR AND IS ATTEMPTING TO COLLECT A DEBT. ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.**