McMICHAEL TAYLOR GRAY, LLC
OPERATING ACCOUNT
09/20/2021

2612

| Payee: | Johnson Legal Offices, L.L.C. | | |
|---|---|---|---|
| Amount: | $3,102.60 | For: | |

| Invoice Amount | Invoice Number | Dated | Description |
|---|---|---|---|
| $3,102.60 | MTG01.010 | 09/01/2021 | |

---

**McMICHAEL TAYLOR GRAY, LLC**
OPERATING ACCOUNT
3550 Engineering Drive
Suite 260
Peachtree Corners, GA 30092
404.474.7149

BB&T GEORGIA
64-1341/611

NUMBER 2612

**Three thousand one hundred two and 60 / 100**

DATE: 09/20/2021
AMOUNT: $3,102.60

PAY TO THE ORDER OF

Johnson Legal Offices, L.L.C.
138 Hammond Drive, Suite B
Atlanta, GA 30328

VOID AFTER 180 DAYS

AUTHORIZED SIGNATURE

For:

⑊00 2612⑊ ⑉061113415⑉ 000524812790 4⑊

---

McMICHAEL TAYLOR GRAY, LLC
OPERATING ACCOUNT
09/20/2021

2612

| Payee: | Johnson Legal Offices, L.L.C. | | |
|---|---|---|---|
| Amount: | $3,102.60 | For: | |

| Invoice Amount | Invoice Number | Dated | Description |
|---|---|---|---|
| $3,102.60 | MTG01.010 | 09/01/2021 | |

SF4001-1   TO REORDER, CALL YOUR LOCAL SAFEGUARD DISTRIBUTOR AT 407-877-2299   CSLNLP0010000   B20SF001808

Safeguard  LITHO USA  SFSL2  CK7508112L

McMICHAEL TAYLOR GRAY, LLC
OPERATING ACCOUNT
02/22/2021

2005

**Payee:** Johnson Legal Offices, L.L.C.
**Amount:** $2,933.61   **For:** Consolidated check from AP

| Invoice Amount | Invoice Number | Dated | Description |
|---|---|---|---|
| $1,802.01 | MTG01.003 | 02/02/2021 | GA2021-00020 |
| $1,131.60 | MTG1.001 | 02/09/2021 | |

---

**McMICHAEL TAYLOR GRAY, LLC**
OPERATING ACCOUNT
3550 Engineering Drive
Suite 260
Peachtree Corners, GA 30092
404.474.7149

BB&T  GEORGIA
64-1341/611

2005

NUMBER

DATE: 02/22/2021          AMOUNT: $2,933.61

**Two thousand nine hundred thirty-three and 61 / 100**

PAY TO THE ORDER OF:
Johnson Legal Offices, L.L.C.
138 Hammond Drive, Suite B
Atlanta, GA 30328

VOID AFTER 180 DAYS

AUTHORIZED SIGNATURE

For: Consolidated check from AP

⑁ 002005 ⑁  ⑁ 061113415 ⑁ 000524812790 ⑁ 4⑁

McMICHAEL TAYLOR GRAY, LLC
OPERATING ACCOUNT
02/22/2021

2005

**Payee:** Johnson Legal Offices, L.L.C.
**Amount:** $2,933.61   **For:** Consolidated check from AP

| Invoice Amount | Invoice Number | Dated | Description |
|---|---|---|---|
| $1,802.01 | MTG01.003 | 02/02/2021 | GA2021-00020 |
| $1,131.60 | MTG1.001 | 02/09/2021 | |

SF4001-1    TO REORDER, CALL YOUR LOCAL SAFEGUARD DISTRIBUTOR AT 407-877-2299    CSLNLP0010000    B20SF001808

Safeguard  LITHO USA  SFSL2  CK7S08112L

McMICHAEL TAYLOR GRAY, LLC
OPERATING ACCOUNT
07/22/2021

2453

| | |
|---|---|
| **Payee:** | Johnson Legal Offices, L.L.C. |
| **Amount:** | $2,059.40   **For:** Cordtz |

| Invoice Amount | Invoice Number | Dated | Description |
|---|---|---|---|
| $2,059.40 | June Statement | 06/30/2021 | Cordtz |

---

**McMICHAEL TAYLOR GRAY, LLC**
OPERATING ACCOUNT
3550 Engineering Drive
Suite 260
Peachtree Corners, GA 30092
404.474.7149

BB&T GEORGIA
64-1341/611

NUMBER 2453

**\*\*Two thousand fifty-nine and 40 / 100\*\***

DATE 07/22/2021     AMOUNT $2,059.40

**PAY TO THE ORDER OF**
Johnson Legal Offices, L.L.C.
138 Hammond Drive, Suite B
Atlanta, GA 30328

VOID AFTER 180 DAYS

AUTHORIZED SIGNATURE

For: Cordtz

⑃002453⑃ ⑆061113415⑆ 000524812790 ⑃

McMICHAEL TAYLOR GRAY, LLC
OPERATING ACCOUNT
07/22/2021

2453

| | |
|---|---|
| **Payee:** | Johnson Legal Offices, L.L.C. |
| **Amount:** | $2,059.40   **For:** Cordtz |

| Invoice Amount | Invoice Number | Dated | Description |
|---|---|---|---|
| $2,059.40 | June Statement | 06/30/2021 | Cordtz |

SF4001-1    TO REORDER, CALL YOUR LOCAL SAFEGUARD DISTRIBUTOR AT 407-877-2299    CSLNLP0010000    B20SF001808

Safeguard  LITHO USA  SFSL2  CK7508112L

McMICHAEL TAYLOR GRAY, LLC
OPERATING ACCOUNT
04/09/2021

2132

**Payee:** Johnson Legal Offices, L.L.C.
**Amount:** $585.70   **For:**

| Invoice Amount | Invoice Number | Dated | Description |
|---|---|---|---|
| $585.70 | MTG01.0005 | 04/01/2021 | |

---

**McMICHAEL TAYLOR GRAY, LLC**
OPERATING ACCOUNT
3550 Engineering Drive
Suite 260
Peachtree Corners, GA 30092
404.474.7149

BB&T  GEORGIA
64-1341/611

NUMBER 2132

**Five hundred eighty-five and 70 / 100**

DATE: 04/09/2021
AMOUNT: $585.70

VOID AFTER 180 DAYS

PAY TO THE ORDER OF
Johnson Legal Offices, L.L.C.
138 Hammond Drive, Suite B
Atlanta, GA 30328

For:

AUTHORIZED SIGNATURE

⑈002132⑈ ⑆061113415⑆ 000524812790 4⑈

---

McMICHAEL TAYLOR GRAY, LLC
OPERATING ACCOUNT
04/09/2021

2132

**Payee:** Johnson Legal Offices, L.L.C.
**Amount:** $585.70   **For:**

| Invoice Amount | Invoice Number | Dated | Description |
|---|---|---|---|
| $585.70 | MTG01.0005 | 04/01/2021 | |

SF4001-1           TO REORDER, CALL YOUR LOCAL SAFEGUARD DISTRIBUTOR AT 407-877-2299         CSLNLP0010000    B20SF001808
Safeguard  LITHO USA  SFSL2  CK7508112L

McMICHAEL TAYLOR GRAY, LLC
OPERATING ACCOUNT
02/04/2021

1933

| | | | | |
|---|---|---|---|---|
| **Payee:** | Johnson Legal Offices, L.L.C. | | | |
| **Amount:** | $412.50 | **For:** | GA22019-00656 | |

| Invoice Amount | Invoice Number | Dated | Description |
|---|---|---|---|
| $412.50 | MTG01.002 | 01/05/2021 | GA22019-00656 |

---

**McMICHAEL TAYLOR GRAY, LLC**
OPERATING ACCOUNT
3550 Engineering Drive
Suite 260
Peachtree Corners, GA 30092
404.474.7149

BB&T GEORGIA
64-1341/611

NUMBER 1933

**Four hundred twelve and 50 / 100**

DATE: 02/04/2021
AMOUNT: $412.50

PAY TO THE ORDER OF:
Johnson Legal Offices, L.L.C.
138 Hammond Drive, Suite B
Atlanta, GA 30328

For: GA22019-00656

AUTHORIZED SIGNATURE

⑈001933⑈ ⑆061113415⑆ 000524812790 4⑈

---

McMICHAEL TAYLOR GRAY, LLC
OPERATING ACCOUNT
02/04/2021

1933

| | | | | |
|---|---|---|---|---|
| **Payee:** | Johnson Legal Offices, L.L.C. | | | |
| **Amount:** | $412.50 | **For:** | GA22019-00656 | |

| Invoice Amount | Invoice Number | Dated | Description |
|---|---|---|---|
| $412.50 | MTG01.002 | 01/05/2021 | GA22019-00656 |

Safeguard SF4001-1 LITHO USA GFSL2 CK7S08112L
TO REORDER, CALL YOUR LOCAL SAFEGUARD DISTRIBUTOR AT 407-877-2299
CRPSRC0010000  B20SF001808

F5A33A STKDK07 02/05/2020 22:32 -70-

McMICHAEL TAYLOR GRAY, LLC
OPERATING ACCOUNT
08/24/2021

2550

| Payee: | Johnson Legal Offices, L.L.C. | | |
|---|---|---|---|
| Amount: | $110.00 | For: | Cortdz |

| Invoice Amount | Invoice Number | Dated | Description |
|---|---|---|---|
| $110.00 | MTG01.009 | 08/02/2021 | Cortdz |

---

**McMICHAEL TAYLOR GRAY, LLC**
OPERATING ACCOUNT
3550 Engineering Drive
Suite 260
Peachtree Corners, GA 30092
404.474.7149

BB&T  GEORGIA

64-1341/611

2550

NUMBER

**One hundred ten and xx / 100**

DATE: 08/24/2021

AMOUNT: $110.00

PAY TO THE ORDER OF

Johnson Legal Offices, L.L.C.
138 Hammond Drive, Suite B
Atlanta, GA 30328

VOID AFTER 180 DAYS

AUTHORIZED SIGNATURE

For: Cortdz

⑈002550⑈ ⑆061113415⑆ 000524812790⑈

McMICHAEL TAYLOR GRAY, LLC
OPERATING ACCOUNT
08/24/2021

2550

| Payee: | Johnson Legal Offices, L.L.C. | | |
|---|---|---|---|
| Amount: | $110.00 | For: | Cortdz |

| Invoice Amount | Invoice Number | Dated | Description |
|---|---|---|---|
| $110.00 | MTG01.009 | 08/02/2021 | Cortdz |

SF4001-1  TO REORDER, CALL YOUR LOCAL SAFEGUARD DISTRIBUTOR AT 407-877-2299  CSLNLP0010000  B20SF001808

Safeguard LITHO USA  SFSL2  CK7S08112L

McMICHAEL TAYLOR GRAY, LLC
OPERATING ACCOUNT
06/04/2021

2294

**Payee:** Johnson Legal Offices, L.L.C.
**Amount:** $5,480.85     **For:** Consolidated check from AP

| Invoice Amount | Invoice Number | Dated | Description |
|---|---|---|---|
| $4,340.05 | MTG01.006 | 05/05/2021 | |
| $1,140.80 | MTG1.007 | 06/02/2021 | GA2021-00020 |

---

McMICHAEL TAYLOR GRAY, LLC
OPERATING ACCOUNT
3550 Engineering Drive
Suite 260
Peachtree Corners, GA 30092
404.474.7149

BB&T   GEORGIA
64-1341/611

2294
NUMBER

**Five thousand four hundred eighty and 85 / 100**

DATE: 06/04/2021     AMOUNT: $5,480.85

PAY TO THE ORDER OF:
Johnson Legal Offices, L.L.C.
138 Hammond Drive, Suite B
Atlanta, GA 30328

VOID AFTER 180 DAYS
AUTHORIZED SIGNATURE

For: Consolidated check from AP

⑈002294⑈ ⑆061113415⑆ 000524812790 4⑈

---

McMICHAEL TAYLOR GRAY, LLC
OPERATING ACCOUNT
06/04/2021

2294

**Payee:** Johnson Legal Offices, L.L.C.
**Amount:** $5,480.85     **For:** Consolidated check from AP

| Invoice Amount | Invoice Number | Dated | Description |
|---|---|---|---|
| $4,340.05 | MTG01.006 | 05/05/2021 | |
| $1,140.80 | MTG1.007 | 06/02/2021 | GA2021-00020 |