UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF GEORGIA

-----------------------------

**Jeffrey Cordtz,**            Case No. 1:21-cv-02003-MHC-LTW

**Plaintiff**

        **Versus**

**Johnson Legal Offices, LLC;**
**FCI Lender Services, Inc.;**
**And Larry W. Johnson**

**Defendants**

-----------------------------

## RESPONSE TO MOTION BY DEFENDANT FCI LENDER SERVICES, INC. TO ALLOW LATE-FILED ANSWER OUT OF TIME

     Plaintiff does not object to and supports FCI's request to allow its late-filed answer to be considered timely.

Dated this 29th day of December 2021.

Respectfully submitted,
By: /s/ Shimshon Wexler
GA Bar No. 436163
S Wexler LLC
2244 Henderson Mill Rd, Ste 108
Atlanta, GA 30345
(212) 760-2400
(917) 512-6132 (FAX)
swexleresq@gmail.com