IN THE MAGISTRATE COURT FOR THE COUNTY OF DEKALB
STATE OF GEORGIA

| | |
|---|---|
| FIRST FINANCIAL INVESTMENT FUNDING V., LLC. SUCCESSOR in INTEREST TO DEKALB MEDICAL CENTER, INC.<br>　　　　Plaintiff,<br><br>Vs.<br><br>SELWYN JOHNSON<br>　　　　Defendant. | CASE NO.: 18M86286<br><br>ANSWER TO COMPLAINT |

**COMES NOW**, Defendant, SELWYN JOHNSON, and hereby, files its Answer to Complaint in the above-captioned case, and shows this Court the following:

### FIRST DEFENSE

Plaintiff's claims fail to state a claim upon which relief may be granted.

### SECOND DEFENSE

Plaintiff lacks standing to assert all or part of the claims set forth in the Petition.

### THIRD DEFENSE

Plaintiff's claims are barred by the doctrine of waiver.

### FOURTH DEFENSE

Plaintiff's claims are barred by the doctrine of estoppel.



EXHIBIT B

## FIFTH DEFENSE

Plaintiff's claims are barred by the statute of limitations

## SIXTH DEFENSE

For its Sixth defense, Defendant responds to the enumerated paragraphs of the Petition as follows:

1. Admitted.
2. Denied.

## SEVENTH DEFENSE

Any allegations contained in Plaintiff's Complaint not expressly admitted or denied herein are hereby DENIED.

WHEREFORE, having fully answered Plaintiff's Petition, Defendant prays for:

1. Judgment in its favor;
2. That it be dismissed with prejudice from this action;
3. That all costs be cast upon Plaintiff;
4. For such other relief as this Court deems just and proper.

Dated this 18th day of April, 2018

*/s/Christopher J. Diwan*
Christopher J. Diwan
Attorney for Defendant
Georgia Bar Number 388699
2 Ravinia Drive, Suite 120
Atlanta, GA 30346
(404)635-6883
chris@diwanlaw.com

## IN THE MAGISTRATE COURT FOR THE COUNTY OF DEKALB
## STATE OF GEORGIA

| | |
|---|---|
| FIRST FINANCIAL INVESTMENT FUNDING V., LLC. SUCCESSOR in INTEREST TO DEKALB MEDICAL CENTER, INC.<br>　　　　Plaintiff,<br><br>Vs.<br><br>SELWYN JOHNSON<br>　　　　Defendant. | CASE NO.: 18M86286<br><br>CERTIFICATE OF SERVICE |

  I hereby certify under penalty of perjury of the laws of the State of Georgia that I caused to be served a true and correct copy of the Answer to Complaint by email/electronic service or mailing a copy via first class certified mail to the address(es) listed below:

Brittany Guthrie
Greene & Cooper
P.O. Box, LLP
Roswell, GA 30075
gc@greencooper.com

  Dated this 18th day of April 2018.

            */s/Christopher J. Diwan*
            Christopher J. Diwan
            Attorney for Defendant
            Georgia Bar Number 388699
            2 Ravinia Drive, Suite 120
            Atlanta, GA 30346
            (404)635-6883
            chris@diwanlaw.com