IN THE MAGISTRATE COURT OF DEKALB COUNTY
STATE OF GEORGIA

Civil Action No. 18M86286

Plaintiff: First Financial Investment Fund V, LLC SUC DeKalb Medical Center, Inc.

vs.

Defendant(s): Selwyn Johnson

## JUDGMENT

The above case having come on regularly to be heard and the Court having read, heard, and considered the evidence, the Court makes the following findings: (Check only if applicable)

- [✓] Defensive pleadings filed by Defendant(s)
- [✓] Counterclaim filed by Defendant(s)
- [✓] Appearance by Plaintiff(s)
- [✓] Appearance by Defendant(s)
- [ ] Stipulated settlement and dismissal
- [ ] Consent Judgment
- [✓] Contested hearing held
- [ ] Answer stricken, Defendant failed to appear

It is ORDERED AND ADJUDGED that:

[✓] On Plaintiff(s)' statement of claim
  - [ ] Judgment by Default
  - [ ] Dismissed for want of prosecution, without prejudice
  - [✓] Judgment is entered in favor of [ ] Plaintiff(s)  [✓] Defendant(s)

against Defendant(s) _____ for the sum of $ _____
principal, $ _____ interest, $ _____ attorney's fees, $ _____ court costs, and future interest at _____ percent per annum.

[✓] On Defendant(s)' counterclaim
  - [ ] Dismissed for want of prosecution, without prejudice
  - [✓] Judgment is entered in favor of [✓] Defendant(s) [ ] Plaintiff(s)

against Plaintiff(s) _____ for the sum of $ 1,100.00
principal, $ _____ interest, $ 1,100.00 attorney's fees, $ _____ court costs, and future interest at ____ percent per annum.

[ ] Said judgment shall, by the consent of both parties, be paid to [ ] Plaintiff [ ] Defendant as follows:
_____

at the following address: _____

No FiFa will issue and no garnishment or other action may be taken on the consent judgment as long as payments are timely paid, as agreed. Should the judgment debtor(s) fail to make a payment or should payment be made more than 5 days beyond the due date, the Clerk of Magistrate Court shall issue FiFa in the amount of the judgment upon written affidavit/notice from the prevailing party that payments have not been made as agreed and upon payment of the applicable FiFa fee.

SO ORDERED this ____ day of _____, 20___.

Consented To:

_____ Plaintiff

_____ Defendant

**EXHIBIT D**

Magistrate: Judge Albert R. Sacks
Magistrate Court of DeKalb County

FILED IN THIS OFFICE
THIS 12th DAY OF _____, 2018

_____
DEPUTY CLERK, MAGISTRATE COURT OF DEKALB COUNTY

White - Original
Yellow - Defendant
Pink - Plaintiff

cc: Brittany A. Guthrie
    Christopher J. Diwan
    (both by mail)

Mjdg2004