| | |
|---|---|
| FIRST FINANCIAL INVESTMENT FUNDING V., LLC. SUCCESSOR in INTEREST TO DEKALB MEDICAL CENTER, INC.<br>Plaintiff,<br><br>Vs.<br><br>SELWYN JOHNSON<br>Defendant.  | DEKALB COUNTY MAGISTRATE COURT<br><br>NOTICE OF APPEAL<br><br>CASE NO. ___18M86286 |

EXHIBIT E

Notice is hereby given that the [ ] Plaintiff(s) [ x ] Defendant(s), hereby appeal(s) a judgment entered in the Magistrate Court of Dekalb County to the [ x ] State Court; [ ] Superior Court; of Dekalb County.

### [ x ] CIVIL CASES

The judgment of the civil case appealed herein was entered on the 12 day of June, 2018. (This appeal **MUST BE** filed within **thirty (30) days** of the foregoing date of judgment.)

### [ ] DISPOSSESSORY CASES

The judgment of the dispossessory case appealed herein was entered on the _____ day of _____, 200___. (This appeal **MUST BE** filed within **seven (7) days** of the date of judgment set forth above.

**APPEALS BY TENANTS B PAST DUE & FUTURE RENT REQUIRED TO BE PAID INTO THE REGISTRY OF THE COURT(S) IN ORDER TO REMAIN IN POSSESSION OF PREMISES:**

I/We [ ] have; [ ] have not; paid into the registry of the Magistrate Court the sum(s) found by the Magistrate Court to be due as past due rent, to-wit, the sum of $_____. *(See section J of judgment form.)* This sum of past due rent MUST be paid into the registry of the trial court in order for a tenant who is appealing a dispossessory judgment to remain in possession of the property. Furthermore, after the case is appealed, the tenant is required to pay all future rent as it becomes due into the registry of the trial court, which, on appeal, will then be either the State or Superior Court depending on which court the appealing party selected the appeal to be filed. Failure to abide by these provisions shall cause a writ of possession to be issued instanter by a court of competent jurisdiction. *(See O.C.G.A. 44-7-56.)*

### General Information

Computing times for appeal: O.C.G.A. 1-3-1(d)(3): The day the judgment was entered shall not be counted, but the last day shall be counted. If the last day falls on a Saturday, Sunday or public and legal holiday, the appeal shall be considered timely filed if filed on the next business day.

It is hereby certified that the above judgment is **not** a default judgment for which no appeal can be made. Appellate review of a default judgment shall be by certiorari to the State

Court of Dekalb County or to the Superior Court of Dekalb County. (See O.C.G.A. 15-10-41.)

This 5th day of July, 2018.

/s/Christopher J. Diwan
Christopher J. Diwan
Diwan Law, LLC.
Attorney for Defendant
Georgia Bar Number 388699
2 Ravinia Drive, Suite 120
Atlanta, GA 30346
(404)635-6883

## CERTIFICATE OF SERVICE

A copy of this Notice of Appeal shall be served on all parties of record. If an opposing party is represented by an attorney, the service shall be made upon the attorney. I hereby certify that I have served the opposing party with a copy of this appeal by electronically and first-class mail serving a copy of this document to the opposing party:

Kathleen Steil
Brittany Guthrie
Kyle Cooper
Greene & Cooper LLP
615 Colonial Park Drive, Suite 104
Roswell, Georgia 30075

This 5th day of July, 2018.

/s/Christopher J. Diwan
Christopher J. Diwan
Diwan Law, LLC.
Attorney for Defendant
Georgia Bar Number 388699
2 Ravinia Drive, Suite 120
Atlanta, GA 30346
(404)635-6883