# IN THE STATE COURT OF DEKALB COUNTY
## STATE OF GEORGIA

Case No. <u>18A70172</u>

<u>DEKALB MEDICAL HILLANDALE</u>
Plaintiff
vs.
<u>SELWYN O JOHNSON</u>
Defendant

# NOTICE

Please be advised that the above styled action is now pending in the State Court of DeKalb County, Civil Division, formerly being Action No. 18M86286, in the MAGISTRATE Court of DEKALB County. It has been assigned a new case number which is referenced above.

All pleadings filed should refer to the new action number and be directed to:

Clerk, State Court of DeKalb County
Room 230, DeKalb County Courthouse
556 N. McDonough Street
Decatur, Georgia 30030

Thank you for your cooperation in this matter.

Date: <u>7/11/2018</u>

Sincerely,

State Court of DeKalb County

By _____
Deputy Clerk



EXHIBIT F