IN THE STATE COURT OF DEKALB COUNTY

STATE OF GEORGIA

FIRST FINANCIAL INVESTMENT
FUNDING V, L.L.C.,                    )
                                      )
        Plaintiff,                    )
                                      )
vs.                                   )    CIVIL ACTION FILE
                                      )
SELWYN JOHNSON,                       )    NUMBER 18A70172
                                      )
        Defendant.                    )

## NOTICE OF SUBSTITUTION OF COUNSEL

Please substitute the law firm of Johnson Legal Offices, L.L.C., including its attorney Larry Johnson, as counsel for Plaintiff First Financial Investment Funding V, L.L.C. in this case in place of Greene & Cooper, LLP and its attorneys. Substitution counsel's address, phone number and bar number are as follows:

    Larry Johnson, Esq.
    Johnson Legal Offices, LLC
    1935 Cliff Valley Way, N.E.
    Suite 115
    Atlanta, GA 30329

All further pleadings, orders and notices should be sent only to substitute counsel.

Larry Johnson,
GA Bar No. 394895
Johnson Legal Offices, LLC
1935 Cliff Valley Way, N.E.
Suite 115
Atlanta, GA 30329
*Counsel for Plaintiff*

Kathleen Steil, GA Bar. No. 598895
Kyle A. Cooper, GA Bar No. 425918
GREENE & COOPER, LLP
P.O. Box 1635
Roswell, GA 30077
(678) 507-0213 - telephone
(678) 507-0217 - facsimile
Ksteil@greenecooper.com
*Former Counsel for Plaintiff*

EXHIBIT
H

## CERTIFICATE OF SERVCE

The undersigned hereby certifies that a true and correct copy of the foregoing NOTICE OF SUBSTITUTION OF COUNSEL was served by mailing the same in a properly addressed envelope, via U.S. Postal Service, with adequate first-class postage affixed thereon to insure delivery, addressed as follows:

> Christopher J. Diwan, Esq.
> 2 Ravinia Drive
> Suite 120
> Atlanta, GA  30346
> Attorney for Defendant

> Kathleen Steil, Esq.
> GREEN & COOPER, L.L.P.
> 615 Colonial Park Drive
> Suite 104
> P.O. Box 1635
> Roswell, GA  30077
> Attorney for Plaintiff

This 22nd day of October, 2018.

Larry W. Johnson
Attorney for Plaintiff

JOHNSON LEGAL OFFICES, L.L.C.
1935 Cliff Valley Way, N.E.
Suite 115
Atlanta, GA 30329
Telephone: (404)486-2361
Facsimile: (404)393-0826
Email: LJohnson@SuretyBondsAgency.com