IN THE STATE COURT OF DEKALB COUNTY
STATE OF GEORGIA

| | |
|---|---|
| FIRST FINANCIAL INVESTMENT FUND V., LLC. SUCCESSOR in INTEREST TO DEKALB MEDICAL CENTER, INC.<br>      Plaintiff,<br><br>Vs.<br><br>SELWYN JOHNSON<br>      Defendant | CIVIL ACTION<br>FILE NO. 18A70172 |

## STATEMENT NOTING A PARTY'S DEATH

According to O.C.G.A. § 9-11-25(a)(1), Defendant's attorney notes the death during the pendency of this action of Defendant Selwyn Johnson.

Respectfully submitted, this 27th day of December, 2019.

/s/ *Christopher J. Diwan*
Christopher Diwan
Diwan Law, LLC.
Georgia State Bar No. 388699
Attorney for Defendant

2 Ravinia Drive, Suite 120
Atlanta, GA 30346
(404) 635-6883



## Certificate of Service

On December 27, 2019, I filed this paper with the court's electronic-filing system, which will send a notice of electronic filing to:

Larry W. Johnson
1935 Cliff Valley Way, N.E., Suite 115
Atlanta, Ga, 30329
ljohnson@suretybondsagency.com

/S/ *Christopher J. Diwan*
Christopher Diwan
Diwan Law, LLC.
Georgia State Bar No. 388699
Attorney for Defendant

2 Ravinia Drive, Suite 120
Atlanta, GA 30346
(404) 635-6883

IN THE STATE COURT OF DEKALB COUNTY
STATE OF GEORGIA

| | |
|---|---|
| FIRST FINANCIAL INVESTMENT ) <br> FUND V., LLC. SUCCESSOR in ) <br> INTEREST TO DEKALB MEDICAL ) <br> CENTER, INC. ) <br>     Plaintiff, ) <br>  ) <br>  ) <br> v. ) <br>  ) <br> SELWYN JOHNSON ) <br>     Defendant ) | CIVIL ACTION <br> FILE NO. 18A70172 |

## MOTION TO STAY CASE
## DUE TO THE DEATH OF DEFENDANT

COMES NOW Attorney for deceased Defendant, and files this Motion to Stay Case Due to the Death of Defendant and states the following in support thereof:

On or about December 10, 2019, Defendant died at the University of Alabama Birmingham Hospital in Birmingham, Alabama. [A death certificate has not issued yet.]

The Defendant's attorney filed the Suggestion of Death with this Court on December 27, 2019.

Plaintiff's Motion for Attorney's Fees is all that remains in this case and is set to be argued on January 6, 2019.

Since only the Defendant's estate executor or administrator has standing, pursuant to OCGA § 9-11-25(a)(1), the case should be stayed until the proper property is substituted into the case. *Schlampp v. McMahon*, 305 Ga.App. 312, 699 S.E.2d 758 (Ga. App. 2010). *Lizarazo*

*v. Miami-Dade Corr. & Rehab. Dep't*, 878 F.3d 1008 (11th Cir. 2017),

*Dumas v. Riverview Health & Rehab. Ctr.* (S.D. Ga. 2012).

## CONCLUSION

For the above-stated reasons, deceased Defendant's Motion should be Granted.

Respectfully submitted, this 3rd day of January 2020.

/s/*Christopher J. Diwan*
Christopher Diwan
Diwan Law, LLC.
Georgia State Bar No. 388699
Attorney for Defendant

2 Ravinia Drive, Suite 120
Atlanta, GA 30346
(404) 635-6883

STATE COURT OF
DEKALB COUNTY, GA.
1/3/2020 11:32 AM
E-FILED
BY: Kelly Flack

2

CERTIFICATE OF SERVICE

On January 3, 2020, I filed this paper with the court's electronic-filing system, which will send a notice of electronic filing to:

Larry W. Johnson
1935 Cliff Valley Way, N.E., Suite 115
Atlanta, Ga, 30329
ljohnson@suretybondsagency.com

/S/ *Christopher J. Diwan*
Christopher Diwan
Diwan Law, LLC.
Georgia State Bar No. 388699
Attorney for Defendant

2 Ravinia Drive, Suite 120
Atlanta, GA 30346
(404) 635-6883

# ALABAMA
## Center for Health Statistics
### ALABAMA CERTIFICATE OF DEATH

State File Number: 101-2019-52148

THE FRONT OF THIS DOCUMENT IS PINK - THE BACK OF THIS DOCUMENT IS BLUE AND HAS AN ARTIFICIAL WATERMARK - HOLD AT AN ANGLE TO VIEW

| Field | Value |
|---|---|
| 1. Deceased Legal Name | Selwyn O. Johnson |
| 2. Date and Time of Death | Dec 10, 2019  1821 |
| 3. Alias Name(s) (AKA) | None Given |
| 4. Date and Time Pronounced Dead | |
| 5. County of Death | Jefferson |
| 6. City, Town or Location of Death and Zip Code | Birmingham, 35233 |
| 7. Place of Death | University of Alabama Hospital |
| 8. Sex | Male |
| 9. Last Name Prior to First Marriage | |
| 10. Served in Armed Forces | No |
| 11. Age | 62 |
| 12. Date of Birth | 1957 |
| 13. Birthplace | England |
| 14. Social Security Number | 0979 |
| 15. Marital Status | Married |
| 16. Surviving Spouse Name Prior to First Marriage | Darlene Morris |
| 17. Residence State | Georgia |
| 18. Residence County | Dekalb |
| 19. City, Town or Location and Zip Code | Stone Mountain, 30083 |
| 20. Street Address | 785 Lagoon Court |
| 21. Informant Name, Relationship and Address | Darlene Johnson, Wife, 785 Lagoon Court, Stone Mountain, GA 30083 |
| 22. Father/Parent Name Prior to First Marriage | Clarence Johnson |
| 23. Mother/Parent Name Prior to First Marriage | Vera Johnson |
| 24. Disposition of Body | Burial |
| 25. Cemetery or Crematory | Melwood Cemetery |
| 26. Location | Stone Mountain, Georgia |
| 27. Date of Disposition | Jan 7, 2020 |
| 28. Funeral Director | Latorria Janae Williams |
| 29. License Number | |
| 30. Date Signed | Jan 10, 2020 |
| 31. Funeral Home Name and Address | Davenport-Harris Funeral Home, 301 Martin Luther King Dr SW, Birmingham, AL 35211 |

### MEDICAL CERTIFICATION: Certifying Physician

| Field | Value |
|---|---|
| 34. Name | Charles Hoopes, MD |
| 35. License Number | 33948 |
| 36. Date Signed | Dec 19, 2019 |
| 37. Address of Person Who Completed Cause of Death | 1900 University Blvd, Birmingham, Alabama 35201 |
| 38. Registrar | Nicole Henderson Rushing |
| 39. Date Filed | Jan 13, 2020 |

### CAUSE OF DEATH

| Part I: Diseases, Injuries or Complications That Caused Death | Interval |
|---|---|
| Immediate Cause: A. Cardiogenic shock | minutes |
| Due to (or as a consequence of): B. amyloidosis | years |
| Due to (or as a consequence of): C. | |
| Due to (or as a consequence of): D. | |

41. Part II Other Significant Conditions Contributing to Death:

| 42. Manner of Death | 43. Pregnant (if female) | 44. Autopsy | 45. Findings Considered | 46. Toxicology | 47. Findings Considered | 48. Tobacco Use Contributed to Death |
|---|---|---|---|---|---|---|
| Natural Causes | | No | | No | | No |

49. How Injury Occurred:
50. Date and Time of Injury:
51. Injury at Work:
52. If Transportation Injury, Specify:
53. Place of Injury:
54. Location of Injury:

ADPH HS 82/REV 01-16

This is an official certified copy of the original record filed in the Center of Health Statistics, Alabama Department of Public Health, Montgomery, Alabama. 2020-114-553-3

January 13, 2020

STATE COURT OF
DEKALB COUNTY GA
1/23/2020 10:39 AM
E-FILED
BY Monique Roberts

Nicole H Rushing
Nicole Henderson Rushing
State Registrar of Vital Statistics