UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF GEORGIA

---------------------------------------------------

Jeffrey Cordtz,                                        Case No. 1:21-cv-02003-MHC-LTW

**Plaintiff**

              Versus

Johnson Legal Offices, LLC;
FCI Lender Services, Inc.;
And Larry W. Johnson

**Defendants**

---------------------------------------------------

## MOTION FOR LEAVE TO FILE 3 PAGE SUR-REPLY

      On June 29, 2022, the 11th Circuit in Case#: 21-13193 affirmed *Minnifield v. Wells Fargo Bank, N.A. et al*. The R&R in that case was adopted after the parties did not object to it. The R&R in that case discussed *Davidson v. Capital One Bank (USA), N.A.*, 797 F.3d 1309, 1313 (11th Cir. 2015) which would greatly assist the Court in determining this motion for summary judgment because it goes to the core issue of whether perform non-judicial debt collection services for *another* entity is part of the calculation as to whether the Johnson Defendants regularly collect debt.

WHEREFORE, Plaintiff requests that the Court consider the attached sur-reply when considering the Johnson Defendants' motion for summary judgment.

Dated: June 30, 2022

Respectfully submitted,
By: /s/ Shimshon Wexler
GA Bar No. 436163
S Wexler LLC
2244 Henderson Mill Rd, Ste 108
Atlanta, GA 30345
(212) 760-2400
(917) 512-6132 (FAX)
swexleresq@gmail.com