UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| Jeffrey Cordtz ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Case No. |
| ) | |
| Johnson Legal Offices, LLC; and ) | 1:21-cv-02003-MHC |
| and Larry W. Johnson, ) | |
| ) | |
| Defendants. ) | |

**<u>PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION TO STRIKE</u>**

Plaintiff opposes Johnson Legal Offices, LLC and Larry W. Johnson's (collectively "Defendants") Motion to strike as follows:

"Motions to strike are not favored by the courts. It is a drastic remedy resorted to only when required for the purposes of justice such as when the pleading to be stricken has no possible relation to the controversy." Doc. 110, Page 2,3 of 3 (9/6/22) (cleaned up)- Order denying Defendants' second motion to strike.

Multiplying the proceedings herein, defendants filed another meritless motion to strike. The Defendants ask for the striking of a publicly filed state court order and an email referred to by the Defendants *ad nauseum*. But a motion to strike may be directed only at pleadings. *Id*. Defendants do not deny the authenticity of the documents but claim they are unauthenticated. The motion is

superfluous, since the only question before the Court is whether, after filing the case, plaintiff's counsel multiplied the proceedings. The motion does not address that question, which must be answered in the negative. Cf. *Christiansburg Garment Co. v. Equal Emp. Opportunity Comm'n*, 434 U.S. 412 (1978). Nor does the motion aid the Court in determining whether any aspect of defendants' fee records is addressed to multiplication of the proceedings by plaintiff's counsel. *Albrechtsen v. Bd. of Regents of the Univ. of Wisconsin Sys.*, 309 F.3d 433, 436 (7th Cir.2002) ("Judges are not like pigs, hunting for truffles buried in the record").

Accordingly, the motion must be denied.

January 23, 2023.

                                         **S WEXLER, LLC**
                                         /s/ Shimshon Wexler
                                         Shimshon Wexler
                                         Georgia State Bar No. 436163
                                         Counsel for Plaintiff

S WEXLER, LLC
2244 Henderson Mill Road
Suite 108
Atlanta, Georgia 30345
Tel: (212) 760-2400
swexleresq@gmail.com